# PROCESS WORK PLAN

## Prepared By

## Paradigm Minerals & Environmental Services

3754 Chemetco Lane

Hartford, IL 62048

June 4,2013

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Table of Contents**

1.0     **PURPOSE** ..................................................................................................................... **3**

2.0     **DESCRIPTION OF THE PROCESS FACILITY AND INITIAL PREPARATIONS** ................................... **3**

2.01    Process Facility Description and Location ................................................................ 3

2.02    Maps/Diagrams of the Process Facility .................................................................... 3

2.03    Description of Processing Areas of Operation ......................................................... 3

2.04    Establishment of Facility Baseline Conditions ........................................................ 3

2.05    Project Coordinator and Supervising Contractor .................................................... 4

3.0     **SCOPE OF WORK** .......................................................................................................... **4**

3.01    Process Work Area of Operation 1 –  Bulk Segregation – Removal of Metal Bearing Material from Source Areas................................................................................... 5

3.02    Area of Operation 2 – Unprocessed Metal Bearing Material – Product Packaging and Loading Area of Operations................................................................................... 7

3.03    Area of Operation 3 – Feed Stock Preparation – Process Material Staging Area ........ 8

3.04    Areas of Operation 4 and 5 –Insoluble and Soluble Process Trains –Paradigm Process Building ................................................................................................................ 8

3.05    Packaging & Shipping ........................................................................................... 19

4.0     **ENVIRONMENTAL ISSUES/REGULATORY COMPLIANCE** ..................................................... **19**

4.01    Environmental Compliance Operating Procedures ................................................ 19

4.02    Monitoring Environmental Compliance ................................................................. 24

4.03    Environmental Compliance Record Keeping ......................................................... 25

5.0     **HEALTH AND SAFETY** .................................................................................................. **26**

6.0     **SECURITY** .................................................................................................................. **27**

7.0     **CLOSURE** ................................................................................................................... **28**

8.0     **MODIFICATION** .......................................................................................................... **28**


APPENDIX A      **Paradigm Area of Operation, Proposed Plant Layout, and Process Schematic**

APPENDIX B      **Area of Operation Flow Chart**

APPENDIX C      **Proposed Testing Protocols**

APPENDIX D      **Table of Applicable or Relevant and Appropriate Requirements**

APPENDIX E      **Process Waste Handling Protocols / Waste Analysis Plan**

APPENDIX F      **Estate of Chemetco Decontamination Procedure**

Confidential Business Information of Paradigm Minerals & Environmental Services

Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**1.0      PURPOSE**

This Work Plan provides for the initial processing of approximately 50-150 tons/day of Metal Bearing Materials ("MBM")[1] after completion of the installation of the equipment in the Process Building enumerated in this Work Plan.

**2.0      DESCRIPTION OF THE PROCESS FACILITY AND INITIAL PREPARATIONS**

**2.01      Process Facility Description and Location**

Paradigm's Process Facility is situated on a portion of the 41 acre former Chemetco Smelter site, located at 3754 Chemetco Lane in Chouteau Township, just south of the Village of Hartford, in Madison County, Illinois.  The Processing Facility has several key operational areas consisting of MBM Source Areas, Bulk Segregation Areas, Feed-Stock Prep Area and the Chemical Processing Area.  The 41-acre former Chemetco Smelter site is currently fenced and access to the site is restricted by order of the Illinois EPA.

**2.02      Maps/Diagrams of the Process Facility**

Please see Appendix A for Paradigm Processing Facility and Source Areas within the Chemetco Site, the proposed plant layout, and a schematic of the process train.  Also in Appendix A are routes of transportation between areas of operations on Site.

**2.03      Description of Processing Areas of Operation**

The Process Work areas of operation are:

- Area 1   Removal of Metal Bearing Material from Source Areas; Bulk Segregation
- Area 2   Unprocessed Metal Bearing Material – Product Packaging and Loading Area of Operations;
- Area 3   Feed Stock Preparation – Process Materials;
- Area 4   Paradigm Process Insoluble Process Train – Paradigm Process Buildings;
- Area 5   Paradigm Process Soluble Process Train[2] - Paradigm Process Buildings

**2.04      Establishment of Facility Baseline Conditions**

Within sixty days of the Effective Date of the Consent Decree and prior to initiating any Process Work, Paradigm and EPA shall prepare the Baseline Documentation.  The Baseline Documentation will be video, documentary, and photographic depictions of current site conditions.  Baseline Documentation will provide a visual demonstration of the Chemetco Facility conditions prior to the start of Paradigm's

---

[1]      All capitalized terms used within this Work Plan shall have the meanings provided in the Consent Decree executed among the United States, the State, the Chemetco Estate, the Chemetco Trustee, and Paradigm.

[2]      For reference, see the map attached at Appendix A, identifying key areas of the Paradigm Process Facility.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

Process Work and will consist of: (1) a report detailing a joint site visit and inspection of the Chemetco Facility by EPA and Paradigm; (2) detailed photographic documentation and descriptions of each area at the Chemetco Facility; and (3) copies of the most recent results from storm water sampling conducted by the Estate under its NPDES permit (the "Baseline Documentation").  Paradigm will prepare the Baseline Documentation in consultation with EPA.  EPA will provide a written statement certifying that the Agencies agree that the baseline established at this time is accurate.

2.05     Project Coordinator and Supervising Contractor

Pursuant to provisions in the Consent Decree, within 30 days following the lodging of the Consent Decree, Paradigm will notify the EPA, the State, and the Trustee of the name, address and telephone number of Paradigm's designated Project Coordinator and Alternate Project Coordinator, which shall be subject to approval by EPA.  Paradigm's Project Coordinator shall have the technical expertise sufficient to adequately oversee all aspects of this Process Work Plan and the Consent Decree. Paradigm's Project Coordinator may also assign other representatives, including other contractors, to serve as a representative for oversight of the Paradigm's performance under the Work Plan.  Moreover, as the plant construction is nearing completion and initial startup is imminent, it is likely Paradigm will hire a Supervising Contractor to serve as the day to day manager of the Facility.

**3.0     SCOPE OF WORK**

Under this Process Work Plan, Paradigm will process MBMs on Site into marketable, beneficial products and commodities.  Paradigm's operations will depend on market demand for these types of products, as Paradigm will generate a supply of products consummate with the rate of demand from buyers, but will operate continuously with the exception of defined periods due to maintenance, weather, etc .  The Asset Purchase and Process Agreement, to which Paradigm and the Estate of Chemetco are party, sets a seven-year time limit on processing activities.  As discussed in more detail below, Paradigm's work will be accomplished in a number of locations on the Site including: (1) bulk segregation activities within the footprint of the existing stock piles on the Site;(2) MBM Processing activities in or near the former DIS Building or the former Granulation Building; (3) Feed-Stock Preparation Activities in or near the DIS Building or the former Granulation Building; and (4) Chemical Processing of the MBM in the tank house. Paradigm will operate year round under this Work Plan.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

Area Of Operation Master Flow Chart



1. The chemical Processes are further defined in the US EPA Reactor Batch Process Drawing attached as an appendix to the Pilot Plant Report

2. The Insoluble Process Train produces 2nd Grade Iron Products

3. The Soluble Train produces 2nd Grade Zinc, Aluminum, Tin, Lead, and Copper Products.

For ease of use, a larger, fold out version of this flow chart is attached at Appendix B.  The names currently assigned to the various Areas of Operation above are used to distinguish the various process systems.  Specific terms or names may be modified in the future.

3.01     Process Work Area of Operation 1 – Bulk Segregation – Removal of Metal Bearing Material from Source Areas

Metal Bearing Materials (MBM) will be obtained from the following large source areas for use as a feedstock in the chemical process:

- fine copper slag that remain on the Site from former operations that were commingled into large stockpiles located in the northeast quadrant of the former Chemetco Smelter Site (this source area is labeled SA2 on the map attached as Appendix A)[3/];

---

3/     As much as 40% of the Metal Bearing Materials from this source area may be less than ½ inch in size, providing a substantial amount of Metal Bearing Materials requiring less initial crushing, sizing and grading equipment to process the raw material in accordance with the Processing Work Plan.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

- MBM stock piles located along the south east and  north eastern property boundaries of the former Chemetco Smelter Site (this source area is labeled SA2 and  SA3 on the map attached at Appendix A)[4]; and

- MBM stock piles to the north and west of the former DIS and domed buildings (these source areas are labeled as SA1, SA4, SA5 and SA6 on the map attached at Appendix A).

Additional, albeit smaller quantities of MBM material may also be obtained from the following sources. The MBM from these sources are not currently accessible or available and as a result may require evaluation, review and/or analytical testing prior to being processed as feed stock for use within the chemical process.

- from general housekeeping, clean-up and decontamination activities;

- MBM that may result from activities associated with the zinc bunker; and

- MBM that may result from activities associated with storm water management.

The bulk segregation activities described share a certain amount of commonality with those of the UMBM Work Plan.  Work is expected to begin after the work plans have been approved, and appropriate IEPA Joint Construction and Lifetime Operating Permit (air permits) have been obtained. Both work plans are expected to operate concurrently, although there will be several months required to construct and start-up of the chemical processing facility, as opposed to the shorter-term assemblage and start-up of the processing systems of UMBM Work Plan.

Significant quantities of fine copper slag (resembles coarse black sand) currently reside within existing MBM stock piles that do not require gross crushing.  They may require screening to segregate previously commingled larger MBM.  These materials essentially surround the former Granulation Building and are predominately located within the northeast quadrant of the Site.  Due to a number of factors, including proximity and range of operation it is likely that the fine copper slag will be further reduced and processed within the former Granulation Building.

There are many types of equipment and configurations of equipment available that function and produce similar effects.  The following configuration has been given consideration for application and suitability and is capable of processing material at a rate of about 220 tons per hour.

A wheeled loader will periodically load and haul the fine copper slag from the existing stock piles of MBM and enter it into a 4' x 6' Simplicity screen (or equivalent) sized to pass nominal ½" and less material.  The screening plant will initially be located within the footprint of the large stock pile of MBM located in the north eastern quadrant of the Site and will be periodically relocated as work progresses to

---

[4]     The majority of this material in this source area appears to be greater than ½ inch in size and is expected to be processed in accordance with the UMBM Work Plans

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

the north or east, but at no time will be operated less than 100 feet from the site boundary.  MBM passing the screen will be transferred by a radial stacker (or equivalent) into a ball mill (or equivalent) crushing device that can be located within the former Granulation Building for additional processing prior to being used as a feed stock within the chemical process.  Oversized MBM exiting the screen will periodically be transferred to an appropriate entry point within the processes described in the UMBM Work Plan.

Water spray bars can be mounted on crushers, screens, and conveyor systems and can be utilized, when needed, to control fugitive dust emissions that may be generated during processing.  Water for the spray bars is expected to be pumped from the former cooling canals located to the south and east of the existing MBM stock piles that are currently used for the collection and control of surface/storm water run-off.  The filtered water supply to the spray equipment will be metered to determine water usage. During active operation cycles, the water spray equipment and operation will be performed weekly.  The watering of haul roads, or MBM stock piles as necessary to ensure no visible emissions beyond property lines in compliance with 35 Ill. Adm. Code 212.301 will remain the responsibility of the Estate.

In compliance with the New Source Performance Standards (NSPS) Subpart 000, the crusher, screens and conveyors will have opacity observations completed within 180 days of the start-up of operations. Processes not subject to NSPS Subpart 000 will occur at the same time.  Testing for compliance within the opacity limits can be found in 35 Ill. Adm. Code 212.123.

Work performed by these types of construction and mining equipment and associated material handling systems used during the bulk segregation sizing and sorting processes will likely result in the discovery, culling and accumulation of non-MBM materials.  In an effort to promote safe work operations and conditions, to allow vehicle and equipment access and to mitigate the disruption of work activities, it may be necessary to periodically relocate non-MBM from the area of operation, within the foot print of the existing slag piles, until such time that enough material has accumulated to fill an appropriate recycle/disposal container.  At that time, non-MBM materials will be removed from within the foot print of the existing MBM stock piles and handled in accordance with the ARAR's detailed later in this document.  Reasonable efforts will be made to minimize the handling of such material within the work areas.

3.02    Area of Operation 2 – Unprocessed Metal Bearing Material – Product Packaging and Loading Area of Operations

The bulk segregation activities and crushing operations for the UMBM are described in greater detail within the UMBM Work Plan.  Appropriately sized fines resulting from those activities can be used as a feedstock for the chemical process after being subjected to additional preparation operations further described below.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

### 3.03    Area of Operation 3 – Feed Stock Preparation – Process Material Staging Area

The MBM having passed initial segregation and sizing within the Process Work Plan is targeted to render material at a nominal ½".  As such, the MBM will require additional processing before it can serve as feed stock for the chemical processing operations.

MBM having passed the initial screening can then be transferred by a radial stacker (or equivalent) into a ball mill (or equivalent) within the former Granulation Building.  MBM having successfully passed through the crushing equipment and associated screening is conveyed into a loading hopper and loaded into unitized containers.  Material not passing the secondary screening can be returned to the sizing equipment for further reduction.  The loaded containers are then to be temporarily staged, and then transferred by forklift, skid loader or similar equipment to the feed stock staging area within the former Tank House.

Water spray bars can be mounted on crushers, screens, and conveyor systems and can be utilized, when needed, to control fugitive dust emissions that may be generated during processing.  Water for the spray bars is expected to be pumped from the former cooling canals located to the south and east of the existing MBM stock piles that are currently used for the collection and control of surface/storm water run-off.

### 3.04    Areas of Operation 4 and 5 –Insoluble and Soluble Process Trains –Paradigm Process Building

These two process trains involve fluid processes that utilize multiple vessels, the use of chemicals and processes to further isolate the different layers or stratified zones created when the Area of Operation 3 chemical process split the feedstock into soluble layers, this stage of the process concentrates on breaking up targeted groups of metals and metal compounds and results in the generation and production of progressively higher grade commodity metals and metal compounds.  The Insoluble Process Train will result in the production of predominately iron and iron compounds, while the Soluble Process Train will result in the generation and production generate progressively higher grades of products, including zinc, aluminum, tin, lead, copper, and associated compounds.  These two process trains have a common initial reaction vessel that uses feed stock prepared for the process in the Process Material Staging Area.  The chemical processes will likely be located in the former tank house.

The methods employed within the chemical processes make use of various chemical solutions and compounds.  This does not make use of add-agents such as arsenic, cyanide, chlorides, peroxides, nitrates or their compounds, nor does it result in gangues typically associated with such processes.

The chemicals and compounds used within the various processes are by class, generally considered to be alkaline, acidic, and electrolytic in nature.  In raw, bulk form as provided by various vendors, these chemicals are generally considered to be corrosive in nature.  Many of the chemicals are used in the

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

8

food, medical and pharmaceutical industries.  None of the chemicals used as raw materials in the process are flammable.

Chemical handling and storage is an integral part of the chemical process trains.  These materials will be stored within the brick shop with smaller lots brought to the tank house as needed for the processing.  Prior to being placed in solution in the process, no one liquid chemical will be stored on site in excess of 25,000 gallons and no one solid chemical will be stored on site in excess of 20,000 pounds (net of packaging).   These chemical raw material volume estimates (which are based on maximums for a 50 to 150 ton per day processing facility) are based on the expectation that Paradigm will not have more than three and a half weeks of raw material stored on the site at any one time.  The storage of materials within the brick shop is an interim approach until the operating units are commissioned.  Ultimately, the former tank house will likely require improvements and renovations so that it can house storage areas for chemical and other materials that are expected to be a part of routine operations and activities within the tank house.  The former tank house and brick shop are labeled as numbers 8 and 7 respectively on the map attached at Appendix A.  Attached, as Appendix G is a conceptual diagram/layout of the Areas of Operation 4 and 5's which is further described.


**Process Description**

In general, appropriately sized feed stock(s) are produced and transferred within the various Areas of Operation of the chemical processes.  Within the various Areas of Operation the appropriately sized feed stock is subjected to a series of hydro-chemical reactions, mechanical and gravitational separations, and other processes that further reduce, isolate, convert, and create compounds resulting in the recovery of various target metals and metal compounds as through-put products in a logical and progressive manner.  The process can be progressively expanded to yield increased daily through-put and/or to produce additional and varied types and grades of commodity metals and metal compounds of increasing value and product diversification, as driven by business and market demand.

The process and associated equipment are intended to be located in the former Tank House Building.  The vessels and associated systems are likely to be positioned within an area of containment located beginning in the southwest quadrant (and east of the existing water source), with down-stream and expansion of process systems progressing to the east.  The various considerations for location include relative positioning to existing process equipment such as overhead cranes, filter press, utility distribution, material transfer and area to afford the proposed expansion of various Areas of Operation.

All the fluidized systems through-out the chemical process as applicable are all likely to include the following; flow metering, shut off-valves, counter-flow back check valves, over-fill limiters, over-fill ports and inter-connective piping, reserve vessels, expansion joints, maintenance clean-outs and sample ports.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**The Initial Reactor**

From the reserves of existing MBM previously stock piled on the Site, appropriately sized MBM will be used as feed stock and entered into the common initial reaction vessel(s).  The feed stock will likely be received for entry into the chemical processing facility in a 'dampened' or 'wetted' state.

Engineering design concepts and considerations have narrowed the selection of the initial reaction vessel(s) to two types of process equipment and vessels, each with their own set of advantages and constraints.  These vessels are to be fairly large in capacity (900 -1200 gallon capacity and greater are available) as they are the main flow or influx of MBM that results in crude or 'first pass' product generation and/or are utilized as the main feed stock of down-stream process operations and ultimately effect overall product generation.

Both options employ what can be loosely described as centrifugal mixing systems.  One system is skid mounted and predominately more horizontal in nature, resembling a style of that of a rotating drum.  Within a rotating drum or horizontal system, the feed stock can be entered into the equipment then be set into motion as process water and chemical solutions are added beginning the mixing and reaction cycle which is continued until the desired the reaction cycle completed.  The lower water requirements of the horizontal system does however allow for more of the soluble materials to remain 'trapped' within the insoluble material mass,  As a result, additional cycles will likely be required to maximize MBM segregation and uniform product generation.

The other system resembles that of vertical conical tanks in elevated stands on concrete support pads with specialized interior components, fluid pumping and dispersion equipment to enhance the initial reaction and can result in additional early segregation and product generation.  The product generation cycles are slightly longer and allow for greater effect of fluid dynamics.  However, they are generally a more complete reaction cycle, thereby resulting in greater 'first pass prime' product generation.

It is likely that over the operation of the facility, both systems will be employed.  Initially, the horizontal or rotating drum system may be employed to generate crude or 'first pass' product.  The more advanced vertical systems can later be constructed and phased into service and the rotating drum system can be utilized to augment that production, and / or they can later be utilized as blending mixers for the various product grades of material to be offered.

There will be a few other vessels used in direct support of the initial reactors such as those that contain process water, and chemical solution(s).  The vessels are likely to be conical in nature, positioned in elevated stands on raised concrete support pads, with inter-connective piping, pumps, and associated process equipment.  They will be within the containment area and may be subject to further compartmentalized containment/isolation.  Double walled tanks are being considered for specialized applications such as chemical solutions.

Both initial reaction systems require top loading of feed stock and the introduction of fluid solutions.  A second floor will be constructed to interconnect the individual vessels on elevated work platforms to be used as applicable to operate, inspect and maintain the systems.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

After sufficient mixing and the desired effects are realized, either of the systems under consideration can be emptied into a wet-screening hopper or trough lined, belted conveyance system.  The 'wet' screening allows for and aids in the separation of the more finely divided, suspended, or otherwise fluidized materials (termed soluble) to be segregated from other more coarse and dense materials (termed insoluble).

The more finely divided fluidized material that passes the screening is collected and transferred by pump to holding tanks.  The product generated at this point has value as crude or 'first pass' commodity grade material.  The solute can be transferred by pump and piping systems to a filter press and de-watered.  After progressive expansion of the process system, the solute can also be transferred, in part or whole, to the proposed down-stream soluble process train where it can serve as a feed stock for advanced separations.

The more coarse material that doesn't pass the screening is diverted within the hopper to a belted trough conveyor associated with the reactor vessel(s) as appropriate.  The insoluble product generated at this point is known to rapidly shed fluids.  These belted trough lined, belted conveyor systems associated with the reactor vessels, merge their individual payloads, at different points, along a common conveyor system.  The common trough lined- belted conveyor systems can be inclined to deliver the insoluble product to a filter press or other equipment/method for additional de-watering if warranted.  Fluids collected during the filter press or other de-watering systems are returned to the recycle water system associated with this Area of Operation.  After progressive expansion of the process system the crude 'first pass' product can be transferred to the proposed down-stream insoluble process train where it can serve as a feed stock for additional processing and separation.


**Water**

Water is a key component to the chemical process and it is important to be aware that the chemical processing system is predominately a 'wet system' in that may of the areas of operation make use of fluids within their range and area of effect.  The predominate fluid to be used within the various process systems is water, and is intended to be initially derived from existing on-site water wells, and continuously, recycled through the process systems and the various Areas of Operation.  Water can potentially be sourced from alternate on Site water sources, such as storm water containment and control devices.

One on site water well is located within the Former Tank House on the west side of the building.  This previously existing water-well is intended to be the initial source of production water.  To that end, the water well source must be protected from back flow intrusion.  Counter-flow back check valves will be installed near the source and again downstream within the main supply trunk line or manifold.

Initial planning and design considerations locate a series of large vessels to serve as receiving and holding vessels near the existing on-site water source on the western most side of the former Tank House building within an area of containment. The vessels could range in size from 10,000 to 20,000

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

11

gallons dependent on a number of yet unrealized factors. Several will be employed to ensure a 'ready and available' supply of water is held in reserve.

The greatest majority of production water over the life of the operating facility will result from water collected and recycled for reuse within the various Areas of Operation.  Process water vessels will be located within areas of containment in near association with the Area of Operation it supports.  Vessels of various sizes are intended to be used.  There will be large receiving and holding vessels in sizes ranging upward of 10,000 gallons to as much as 20,000 gallons.  The vessels are to be constructed of materials compatible with the process chemistry and their function within the system.  The exact size and configuration are subject to a number of influences relative to function, structural constraints, capacity and space availability.

Smaller vessels will also be employed to facilitate chemical solutions, fluid conditioning and distribution to individual Areas of Operation.  These vessels are likely to be positioned within the containment zones and in near proximity to their respective Area of Operation.  These vessels are likely to be much smaller in volume ranging from 100 gallons to 600 gallons and could be conical or bullet shaped. The vessels will be placed on elevated concrete support pads.


**Advanced Process Areas of Operation**

The chemical reaction within the common initial reaction vessel(s) and associated systems generated two different crude, 'first pass' products of commodity value.  With continued further progressive expansion of the process, the basic products generated in the initial reaction can result in further product speciation and increase the commodity value of the resulting products generated.

There are two proposed process Areas of Operation for two separate and distinct advanced process trains currently termed as 'soluble' and 'insoluble' trains.  They are intended to be part of expansive development of the existing product lines.

Part of the design process includes creating and exploiting, commonality between the various Areas of Operation that result in a modular footprint that is easily replicated for the purposes of progressive expansion and product advancement.  To that end, the basic footprint of the vertical systems within the initial reaction, and the advanced areas of process are very similar.


**Insoluble Process Train**

The insoluble process train is an Area of Operation that utilizes the insoluble fraction product generated within the initial reaction as a feed stock.  It has been engineered and designed to further segregate the 'insoluble' MBMs and by downstream connections allow for the transfer of those MBMs to the 'soluble' system train.  Conversely, the 'insoluble' system trains have been engineered and designed to

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

accommodate 'soluble' MBMs within the process system.  Otherwise, these process trains are essentially independent of each other.

During the reaction and basic separation processes of the initial reaction, it is known that a portion of the soluble fractions become 'trapped' within the heavier insoluble fractions or that additional soluble and insoluble materials may be generated to result in better defined streams by additional or repeat reactions.  Additional processing can also result in a product of higher commodity value while sequestering additional amounts of soluble products.

The secondary reaction vessels require top loading of feed stock, and the introduction of process water and chemical solutions.  It will be necessary to have multiple receiving/reaction vessels.  The vessels will be placed within areas of containment. The vessels are likely to be between 900 -1200 gallon in capacity, vertical conical vessels in elevated stands (similar to other up-stream process vessels) positioned on concrete support pads with inter-connective piping and pumping systems.  The vessels will likely be equipped with some specialized interior components, fluid pumping, and dispersion equipment.  A second floor will be constructed to interconnect the individual vessels or elevated work platforms as applicable to gain access to operate, inspect and maintain the systems.

After sufficient mixing and the desired effect realized, the products generated can be emptied into a wet-screening hopper and trough lined, belted conveyance system.  The 'wet' screening allows for and aids in the separation of the more finely divided, suspended, or otherwise fluidized materials (termed soluble) to be segregated from other more coarse and dense materials (termed insoluble).

The more finely divided fluidized material that passes the screening is collected and transferred by pump to receiving vessels within the soluble process train.  The more coarse material that doesn't pass the screening is diverted within the hopper and transferred to the 'insoluble' process train.  The fluidized products generated are transferred down-stream to the separation vessel down-stream within this process.

The recovered 'soluble' metals and metal compounds are then prepared for packaging.  One method to be employed utilizes a filter press to reduce and recover fluids, which are returned to the recycle water system associated with this Area of Operation, while rendering the desired quality of metals/metal compounds into a fine yet granular marketable commodity product.  The final products generated are then assayed and packaged into containers appropriate to shipping and client needs, such as super sacks, totes, drums and bags.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Soluble Process Train**

**Receiving / Reaction Vessels**

There are three main Areas of Operation within the advanced soluble process train.  These Areas of
Operation include equipment and processes related to the receiving/reaction vessels, the separation
vessels and the accumulation vessels.  The combined effort of these Areas of Operation can result in
additional product line generation, better segregation and higher purity of product lines resulting in a
higher valuation of the commodity products generated.

As a result of the initial reaction, the volume of the original feed stock has been subdivided and results
in the generation of two crude 'first pass' product lines.  By sizing the volume capacity to be equal to
that of the initial reaction vessels and increasing the number of the vessels in this Area of Operation it
takes multiple 'batches' of crude 'first pass' product to fill the down-stream receiving vessels   This
engineering and design element is intended to better facilitate a 'continuous batching' process,
increased product generation and promote system standard continuity.

The feed stock employed within the 'soluble' process train is primarily sourced from the 'soluble'
process product generated from the reaction vessels and to a lesser extent from further segregation
within the 'insoluble' process train.

The fluidized material is received into a second system of receiving/reaction vessels.  After attaining a
'limited by device' volume, the material is allowed some residence time.  After sufficient time has been
allowed a separation within the solute will occur.  The upper-most zone is collected and transferred to
down-stream separation tanks.  After transfer of the upper-most zone, additional process water is
added to the receiving/reaction vessel, the solute is set into cyclonic action, and a chemical solution is
added.  After sufficient reaction time has been allowed, the remaining solute is transferred to down-
stream separation vessels and split into two simple fractions termed 'heavy' and 'light'.

It will be necessary to have multiple receiving/reaction vessels.  The vessels will be placed within areas
of containment.  The vessels are likely to be between 900 -1200 gallon capacities, vertical conical vessels
in elevated stands (similar to other up-stream process vessels) positioned on concrete support pads with
inter-connective piping and pumping systems.  The vessels will likely be equipped with some specialized
interior components, fluid pumping, and dispersion equipment.  A second floor will be constructed to
interconnect the individual vessels or elevated work platforms as applicable to operate, inspect and
maintain the systems.

There will be a few other vessels used in direct support of the initial reactors such as those that contain
process water, and chemical solution(s).  The vessels are likely to be conical in nature, positioned in
elevated stands on raised concrete support pads, with inter-connective piping, pumps, and associated
process equipment.  They will be within the containment area and be may be subject to further
compartmentalized containment/isolation.  Double walled tanks are being considered for specialized
applications such as chemical solutions.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Soluble Process Train**

**Separation Vessels**

The time it takes for each of the Reactor Vessels to complete a reaction cycle, and the number of cycles it takes to fill a separation vessel, and the number of separation vessels available are engineering and design elements that allow for adequate residence time for 'simple separation' into heavy and light fractions of similar chemical and physical properties.

It will be necessary to have multiple receiving/reaction vessels.  The use of multiple separation vessels allows for a more continuous series of reactions to occur.  This further allows for increased daily through-put of product line generation.  The vessels will be placed within areas of containment.  The vessels are likely to be between 900 -1200 gallon capacities, vertical conical vessels in elevated stands (similar to other up-stream process vessels) positioned on concrete support pads with inter-connective piping and pumping systems, placed within areas of containment that may be further subdivided.  The vessels will likely be equipped with some specialized interior components, fluid pumping, and dispersion equipment.  A second floor will be constructed to interconnect the individual vessels or elevated work platforms as applicable to operate, inspect and maintain the systems.

Each separation tank is filled to a capacity that allows for commingling of batches to create a homogenous solution.  The mixing cycle is stopped and the MBM solution is allowed to separate into heavy and light phases.  Each phase is likely to have a number of commodity metals and compounds of similar chemical and physical properties. A chemical reagent may be added to aid in surface tension reduction to enhance and/or reduce the gravitational separation cycle rates.  That in turn increases the rate of production through-put in this system.

From the separation tanks the lighter fractions are transferred to one set of accumulation tanks and the heavier fractions from the separations tanks are transferred to another set of accumulation tanks.

There will be a few other vessels used in direct support of the initial reactors such as those that contain process water, and chemical solution(s).  The vessels are likely to be conical in nature, positioned in elevated stands on raised concrete support pads, with inter-connective piping, pumps, and associated process equipment.  They will be within the containment area and may be subject to further compartmentalized containment/isolation.  Double walled tanks are being considered for specialized applications such as chemical solutions.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Soluble Process Train**

**Accumulation Tanks**

The accumulation vessels are split into two main groups.  One set receives light fractions and another set receives the heavy fractions transferred from the soluble process train separation tanks.  The resulting fractions are accumulated within these vessels.  When volume accumulated is sufficient the addition of process water and internal circulation serves to fluidize the concentrated material so it can be transferred to a filter press for de-watering.  Fluids collected during the filter press or other de-watering systems are returned to the recycle water system associated with this Area of Operation.

A chemical solution may be added to aid in surface tension reduction to enhance and/or reduce the gravitational separation cycle rates, ease the 'lift' requirements of internal circulation and to aid in transfer as a fluid to the filter press or other down-stream de-watering processes. Smaller vessels will also be employed to facilitate chemical solutions, fluid conditioning and distribution to individual Areas of Operation.  These vessels are likely to be positioned within the containment zones and in near proximity to their respective Area of Operation.  These vessels are likely to be much smaller in volume ranging from 100 gallons to 600 gallons and could be conical or bullet in shape.  Double walled vessels are being given consideration for use with chemical solution processes.

The accumulation vessels are to be placed within an area of containment that may be further subdivided.  The vessels are likely to be between 900 -1200 gallon capacities, vertical conical vessels in elevated stands (similar to other up-stream process vessels) positioned on concrete support pads with inter-connective piping and pumping systems.  The vessels will likely be equipped with some specialized interior components, fluid pumping, and dispersion equipment.  A second floor will be constructed to interconnect the individual vessels or elevated work platforms as applicable to gain access to operate, inspect and maintain the systems.

**Electric Coagulation Area of Operation**

With continued further progressive expansion of the process, the fluidized material from the accumulation tanks of the Soluble Process Train can also be transferred to expanded Electric Coagulation (EC) processes that can enhance product speciation of increased purity and volume, effectively increasing the commodity value of the resulting products generated.

The proposed larger volume EC system has two stages of process vessels.  The first set of EC vessels are connected on the intake side by a single manifold piping system and are referred to as the first stage or primary EC tanks.  Each of the first stage or primary EC tanks is followed by another pair of secondary EC tanks connected by yet another single inter-connective manifold creating the secondary stage of the EC process.  Products generated of sufficient quantity can be transferred a filter press or other de-watering device

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

The first stage EC process consists of series of process vessels.  These vessels are likely to be 1000 – 1500 gallon in capacity, bullet shaped with specialized internal configurations, and non-conductive in nature.  The vessels will be positioned on concrete support pads with inter-connective piping and pumping systems.  The vessels will likely be equipped with some specialized interior components, fluid pumping, and dispersion equipment.  An elevated work platform will likely be required to gain access to operate, inspect and maintain the systems.

Each of these first stage process vessels, although connected to the same manifold piping system, can be operated independently. The first stage EC process are generally intended to operate in tandem sets, each set receiving feed from the accumulation tanks.  However, there are provisions within the system that allows feed material to be introduced and diverted as required through-out the first stage EC process as necessary to meet production demand.

The initial reduction of the light feed and heavy feed from the accumulation tanks occurs within the first stage EC process.  While the light feed and heavy feed fractions are being subjected to the EC process and/or after having completed a processing cycle, both of the light and heavy feed fractions from the accumulation tanks typically result in what is typically described as a three-phase separation within a water column.  A description of the three-phase separation follows;

The upper-most fraction is often referred to by industry as 'float' and is recovered by conventional recovery techniques such as over-flow or direct draw methods.  The 'float' can include metals and metal compounds of copper, silicon, zinc and lead and trace minerals.  The upper-most fractions are typically transferred downstream to one of the two tanks downstream associated with each primary EC tank, allowed to accumulate, subjected to additional cycle(s) and transferred to the downstream filter press.  They can also be transferred to the downstream filter press filter without benefit of additional EC process cycles.

The mid-phase fraction is comprised mainly of water with some red iron.

The lower-most fraction is often referred to by industry as 'bottoms' and is recovered by conventional recovery techniques such as bottom draining after any additional 'float' has been recovered.  The bottoms can include zinc, lead, and some iron ore with trace minerals.  The lower most fractions are typically transferred downstream to one of the two vessels down-stream associated with each primary EC vessel, allowed to accumulate, subjected to additional cycle(s) and transferred to the down-stream filter press.  They can also be transferred to the downstream filter press filter without benefit of secondary or additional EC process cycles.

Material exiting the first stage EC vessels enters the second manifold piping system and is diverted to the appropriate secondary stage EC process vessel.  Typically the upper-most phase is transferred to one of the downstream secondary EC vessels and the bottom phase to another parallel down-stream vessel.  After an adequate amount of material has accumulated within the down-stream secondary EC vessels, the material is subjected to a second round of EC processing resulting in generation of higher grade commodity products.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

Generally, product lines generated within EC processes are transferred to down-stream filter presses. The process materials are recovered from the filter presses in the form of saleable filter cake and are temporarily staged and stored for packing and handling.  Recovered liquids are transferred to the recycle water collection vessels for reuse within the 'soluble' process train.

Both of the single manifold piping systems previously described, have on both terminal ends a valve, followed by a flange and a block-in plate.  This allows for the block-in plate to be removed and sections of flexible piping with correlated valves and flanges to be attached allowing for a wide variety of tasks to be performed, such as flushing of lines during product changes, introduction of fluid based feed stocks, maintenance requirements and the introduction recycle water for EC processing.  This arrangement has a great deal of flexibility in operation and aides to facilitate rapid change of flow to accommodate feed stock changes driven by production requirements and market demand.

Additionally, third-party independent laboratory analysis results from pilot plant operations indicate that the EC process is currently effective at producing high quality commodity metals and metal compounds with low-energy requirements at predictable rates.  The pilot plant operations also indicate that with further development, through-put rates can be further enhanced.

Small scale EC Area of Operation may be placed into service on a limited basis prior to the proposed construction and expansion of the larger system described and used in conjunction with water recycling efforts for re-use.  The amount of products generated is small and will likely be transferred to the soluble process train, or may be isolated and accumulated for sale in small but high grade quantities.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

3.05    Packaging & Shipping

The products generated from the insoluble process train will pass through filter and other potential de-watering systems to collect excess water.  The Product produced from the soluble process train will pass through filter and hydraulic presses and readily forms a 'cake'.  Excess water collected after filtering and other potential de-watering systems such as hydraulic pressing will be reclaimed for reuse within the Paradigm Process, thereby reducing the amount of 'new' water used in the Paradigm Process.  Paradigm does not currently intend to utilize forced drying process that would require associated scrubbing processes and air permitting.

Products from the Paradigm Process will be staged for shipment in a portion of the former Tank House set up as a Processed Metal Bearing Materials Product Staging Area with like grades and specification of Product staged together. The proposed location for the Processed Metal Bearing Materials Product Staging Area is labeled as number 9 on the map attached at Appendix A.

The physical state of the Products can consist of powder, cake, or granular type forms. Products will be shipped in either super sacks or bulk loaded into containers as per the Product being shipped and buyer preference.  Pricing is Freight on Board ("F.O.B.") Hartford and the buyers will be responsible for coordinating the shipping from the plant to the final destination. Paradigm will only be required to coordinate the packaging and loading of containers on the Process Facility.   Paradigm will secure the Product for shipment in accordance with United States Department of Transportation hazardous materials shipping procedures.

## 4.0    ENVIRONMENTAL ISSUES/REGULATORY COMPLIANCE

4.01    Environmental Compliance Operating Procedures

**APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS (ARARs)**

Potential ARARs have been identified from the following pertinent environmental, and safety and health standards:

- Resource Conservation and Recovery Act (RCRA) Standards (42 USC 6901 et seq)[5/] ;

- 35 Illinois Administrative Code (35 IAC Chapters 700 – 729, 733, 739, 742, and 807 – 809);
- Clean Air Act (CAA) Standards (42 U.S.C. §7401 *et seq*) and Illinois Air Pollution Standards (35 Ill. Adm. Code §201 *et seq*.);

---

[5/]    Compliance with the hazardous waste rule shall not be construed as an admission that the material being processed is a hazardous waste.  The various forms of Metal Bearing Materials are raw materials to be processed to obtain economically viable and reclaimable amounts of metals and metal compounds.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

- Department of Labor, Occupational Safety and Health (OSHA) Standards (29 CFR 1910); and
- Department of Transportation (DOT) Standards, Rules for Hazardous Materials Transport (49 CFR 107, 171.1 – 500).

Applicable ARARs, specific to the work directly associated with processing the Metal Bearing Materials and other on-site operations and activities are listed in a table, attached at Appendix D.

### CHEMICAL AND HAZARDOUS MATERIALS HANDLING

Bulk chemicals and other materials will be brought to the Process Facility and initially received at the receiving building.  Spill containment pallets and similar devices will be used during on site receiving, transfer, and subsequent loading operations.  Liquid materials are typically shipped in drums, totes and similar devices.  Whenever these types of containers of chemical compounds are found to be damaged or otherwise of questionable structural integrity, the container will be placed into over pack or salvage containers and returned to the supplier or, if appropriate, the remainder of the contents transferred into a compatible container.

Paradigm will manage all materials in a manner that takes into consideration the compatibility and reactivity of materials, and, as needed, Paradigm will provide any necessary distance, isolation, and physical separation of materials by barriers.  Paradigm will also utilize spill containment pallets, fixed and portable containment berms, and drip pans in its materials handling and storage areas.

Multiple vessels will be used directly and in support of the soluble and insoluble process train operating systems.  Containment berms will be built around the vessels or vessel groups.  Cinder block will likely be used in the construction.  Interior transition joints such as those formed at walls to floor and penetrations will be sealed with a compatible caulking and then the floor and wall surfaces will have a compatible protective coating applied to the interior faces of these containment devices.

Submersible pumps, drum vacuums, squeegees and similar devices will be used to collect any release of fluids from leak or spills and aid in the collection of these materials and return them to process.

### WASTE ANALYSIS PLAN -- PROCESS WASTE HANDLING PROTOCOLS

Attached at Appendix E is Paradigm's Process Waste Handling Protocols table, which comprises Paradigm's Waste Analysis Plan.  The table contains information related to the sampling, analysis and handling of  debris, Process Waste, and other materials that are likely to be encountered, generated, or may otherwise result from Process Work.

The materials, debris and wastes described in the Process Waste Handling Protocols table will be collected and staged separately during debris collection activities in the Process Material Staging Area. Paradigm will not consolidate or commingle materials realized or generated under this Work Plan with staged materials existing as of the Effective Date of the Consent Decree.  Once Paradigm determines that materials are unsuitable for either the Paradigm Process or sale as Unprocessed Metal Bearing Materials, Paradigm will conduct appropriate waste characterization including, when appropriate, using US EPA Methods SW-846-1311 for extraction and 6010C, Toxic Characteristic Leaching Procedures for analysis.  Upon completion of appropriate waste characterization, Paradigm will transfer waste to

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

20

appropriate off-site facilities.   All waste will be managed in an environmentally responsible manner consistent with RCRA and any applicable ARARs.

Concrete debris found to be below applicable 35 Ill. Adm. Code. Section 742 Tiered Approach Corrective Action Objectives Tier 1 Industrial and Commercial Standards for soils may be left on site (but will not be commingled with existing stock piles of similar materials) for use as clean fill materials for future use.

### PROCESS WASTE STAGING AREAS

Process Waste Staging Areas, identified as area #6 on the aerial attached at Appendix A, will be established on the existing concrete slab areas in locations that allow for reasonable vehicle access, management of materials, profiling and collection into appropriate containers for off-site disposal or insertion into the appropriate parts of the Process Materials Staging Area for reuse in the Paradigm Process.  While stored in the Process Waste Staging Area, the Process Waste will be managed in accordance with the ARARs set forth in this Work Plan.

### DUST EMISSION CONTROLS

Bulk segregation activities, reduction and sizing of slag material, powered equipment  and similar activities may have the potential to result in fugitive dust emissions.  When fugitive dusting is visually observed, Paradigm will use its reasonable discretion to determine the use of and implement, if necessary, any dust control measures, such as water spray, fogging, misting, and/or other wetting or dampening efforts.  Attached,  is an aerial map identifying water truck routes paradigm will implement to control fugitive dust on Site.  Moreover, as discussed in Section 3.02 Crushing and screening equipment will be fitted with water spray bars as will each conveyor transfer point.  Slag fines crushing and grinding operations will be preformed indoors and where possible we will utilize crushing and grinding equipment with negative vacuum systems designed to contain dusting conditions.   Finally, Paradigm will collaborate with the Estate to update the fugitive dust portion of its Operation and Maintenance Plan and ensure that the Estate's O&M Plan reflects the existence at the Facility of Paradigm and the Process Work.

### DECONTAMINATION

All equipment, tools, and the exterior of containers exiting the Process Facility will be decontaminated in accordance with the Estate's Decontamination Procedure, dated January 29, 2008, attached hereto as Appendix F.  Currently, Paradigm plans to perform decontamination activities within concrete bunkers located outside of the tank house and the former foundry building, identified as number 5 on the map attached at Appendix A.  Both of these areas have access and egress points able to accommodate the entry of mobile equipment.  They provide reasonably direct routes out of transport lanes and away from Areas of Operation.  These areas also provide concrete walls and partitions that serve to establish an element of containment.  The decontamination areas will require the construction of, or the installation of small partitions and ramps to contain materials resulting from decontamination efforts, and to prevent the migration and intrusion of storm water that may contain MBM.  The concrete slabs that underlay and are immediately adjacent to these areas are expected to prove suitable to serve as staging areas, the placement of receiving containers such as roll-off boxes, and for the placement collection

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

tanks or other suitable containers for the collection of solids and water used in decontamination activities.  The MBM solids and potentially affected water collected are intended for re-use within areas of operation.

Pursuant to decontamination procedures, Paradigm will establish decontamination zones for powered and process equipment, material containers, personnel and the associated personal protective equipment used to perform work.  Paradigm will employ two distinct forms of decontamination: dry (gross) decontamination and wet decontamination efforts.  Dry removal is characterized by the use of dry mechanical or manual device assisted removal such as broom sweeping, brushing, scrapers or vacuuming.  Wet removal is characterized by the use of fluids such as water and manually assisted or powered equipment such as pressure washers and hot water or steam cleaners.  Paradigm will determine in its reasonable discretion, whether the use of curtained partitions is necessary to further aid in the containment and control of resulting Metal Bearing Materials and potentially affected water collected.

Additionally, Paradigm will establish satellite stations near personnel entrance and exit points to collect and contain Metal Beating Materials on the Process Facility and ensure that Metal Bearing Materials are not transferred off-site or into areas not generally known to be affected by Metal Bearing Materials intrusion.  Paradigm will either use portable decontamination collection and containment or construct low vertical walls as containment berms and apply epoxy or rubber based paints to the interiors.  Paradigm will also use portable containment berms to collect and contain wash water associated wet brushing and cleaning of boots and similar articles, along with drum type containers with liners for the collection of expendable PPE such as paper suits and respirator cartridges.  Dry Metal Bearing Materials and water potentially bearing Metal Bearing Materials will be collected from the activities in these satellite stations and placed into containers and will be transferred periodically for use in appropriate operating areas.

### PROCESS WASTE TESTING

Paradigm shall conduct characterization of Process Waste by EPA-approved analytical methods for Quality Assurance and Quality Control (QA/QC) purposes. Potentially applicable testing methods are summarized in the Proposed Testing Protocols table, attached here to as Appendix C.

### PROCESS WATER USE AND RECYCLING

Throughout the Paradigm Process, water will serve as a carrier for the Metal Bearing Materials.  Paradigm will utilize existing on Site water wells as its source for process water.  Testing and use during pilot activities has demonstrated that water production from these wells is compatible with and adequate to supply the process.  Nevertheless, Paradigm will recycle and reuse process water which will lessen the demand of the existing on Site water wells and diminish the need to dispose of process water.  Once the initial Process Work has pulled water into the Process from the deep wells, the Process Work will cycle the water through the process and back to process tanks for filtering, recycling, and reuse.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

Additional water from the deep wells will be pulled in as make-up water when more water is necessary to replace any process water depleted by final product moisture content and evaporation.

Paradigm will pipe water from the deep wells directly into its process tanks which will be located on concrete slab, under a roof, and within containment berms in the tank house building.  Paradigm will install backflow prevention valves on all piping and related equipment to ensure that processing apparatus will not back flush material into the wells.  Paradigm will not treat, filter, or condition the deep well water prior to use in the Process Work.  Once water has run through the process, water will returned to the process and reused after it is filtered and recycled through a process water recycling system.  This process water recycling system will be composed of an influent holding tank, multiple filtration vessels, and a treated water holding tank located in the Process Building.  Water withdrawn from the treated water holding tank will pass through a totalizing flow meter (with particulate filter to minimize meter wear) prior to being used within the Paradigm Process.  Positive displacement pumps will be installed at the discharge of each holding tank and controlled by level switches to convey water through the system and recycle back into the Paradigm Process.  This process water recycling system will be operated independently as a separate unit from the main metals recovery process.  Activated carbon and spun polymers may be used as water conditioning filtrate medium.  Spent activated carbon, if used as a filter media, will periodically be recycled back to slurry tank for reactivation and reclamation of metals and metal compounds by combining it with the feed stock train for separation and recovery of entrained commodity metals.

To the extent not recycled and reused in the Paradigm Process, any Paradigm Process water will be discharged in accordance with the Clean Water Act, RCRA disposal requirements, and/or any POTW Industrial User permits.

### STORM WATER MANAGEMENT AND CONTROLS

Paradigm shall comply with the Estate's current Storm Water Management Plan and the Facility's NPDES permit (number IL0025747).  However, Process Work will not result in the discharge of process water. As discussed above, Paradigm intends to recycle and reuse process water as a necessary component of its Process Work.  In the unlikely event Paradigm determines that it must dispose of some process water, Paradigm will collect the water and ship it off site in appropriate containers and in compliance with RCRA and DOT regulations and standards.  Moreover, with the exception of the bulk segregation areas of operation, the majority of the other areas of operation will be located within existing buildings and structures.  As a result, operations and activities related to storm water management under this Work Plan are not expected to significantly impact the existing Site Storm Water Management Plan. Access and egress points to building and structures that will contain areas of operation will require evaluation and potentially result in the construction of, or the installation of small partitions and ramps to contain materials resulting from decontamination efforts, and to prevent the migration and intrusion

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

of storm water that may contain MBM.  During transition, sand bags, gravel bags, temporary berms, and other devices will be placed at access and egress points.

As a result, while Paradigm recognizes that the Estate's NPDES permit does not cover process water, Paradigm does not anticipate needing its own NPDES permit.

### TRANSPORTATION AND DOCUMENTATION

All shipments of Product and/or Process Wastes will be in compliance with United States Department of Transportation regulations and standards as well as RCRA generator requirements.  Paradigm will apply for a RCRA generator ID so that Paradigm may generate manifests and ensure that appropriate placards are applied or otherwise displayed at the time of transportation of any hazardous materials, including transportation to an appropriate recycling or waste management facility.  Paradigm will forward to IEPA the signed generator and transporter copy of the manifest, while maintaining at the Facility the fully executed originals.

### FINANCIAL ASSURANCE

Within thirty days after completion of construction of the Process Work plant, Paradigm will provide Initial Financial Assurance in the amount of $200,000 for:  (i) closure and post-closure by Paradigm of units used by Paradigm to store, manage, and process the Process Materials present at the Facility; (ii) disposal by Paradigm of all Process Materials and any accumulated Process Wastes; and (iii) decontamination  and decommissioning by Paradigm of all equipment and buildings used in the Process Work.  The following break down of worst-case scenario costs, establishes that the $200,000 figure is sufficient:

- $20,000 to dispose of 200,000 gallons of process water (the maximum amount of process water that would be in residence in tanks or other containers in the Process Building at the Facility at any given time).   Based on the demolition and pilot plant figures, Paradigm anticipates that it will cost no more than $.10/gallon to dispose of process water.

- $120,000 to dispose of 400 tons of staged material[6/] (the maximum amount of staged material that would be in residence at the Facility at any given time) in the Product Staging Area, the Process Material Staging Area or the Process Waste Staging Area (but not the Sources Areas) (collectively, the Staging Areas).  This figure contemplates it would cost $300/ton to properly dispose of all the material in the Staging Areas as hazardous waste.

- $60,000 for demobilization, decommissioning, and decontamination activities.

    4.02     Monitoring Environmental Compliance

---

[6/]     Including all product -- regardless of whether this product could be sold instead of disposed as waste --, process material, and waste.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

Paradigm will prepare an inspection plan for full scale operations to comply with the requirements of 35 Ill. Adm. Code 725.115 - General Inspection Requirements.  The Inspection Plan will be similar to the plan developed to support the Pilot Treatability Plant operations and include inspections of activities such as collection, handling, crushing, screening, transportation, temporary storage of Metal Bearing Materials as feed sources for the Paradigm Process of sale as Unprocessed Metal Bearing Materials.

### 4.03    Environmental Compliance Record Keeping

Until Closure or termination, Paradigm will retain documents for Product or Process Waste shipped or disposed of off-site. Documents related to profiling and characterization of Process Waste activities will be kept at the Process Facility.  Paradigm will also retain on site all manifests, Certificates of Disposal, Certificates of Recycling, and analogous documents typically generated as a part of waste management activities.  Paradigm will also keep records of the approximate quantity of Metal Bearing Materials collected, relocated, or staged for use as feedstock in the Paradigm Process or sale as Unprocessed Metal Bearing Materials, as well as records of the types and staged quantities of chemicals used in Paradigm's process.  Paradigm will also retain on site other documentation, such as before and after photographs depicting the conditions of slabs, buildings or areas, where Metal Bearing Materials is or has been processed, staged, or stored as feedstock for the Paradigm Process or for sale as Unprocessed Metal Bearing Materials with the approximate quantity of the Metal Bearing Materials handled and the date of movement.

Drums, containers, and other receptacles used in Process Waste management activities will be properly labeled.  The labels used will be physically attached to the container, legible, and able to withstand reasonable effects by weather.  At a minimum, these labels will provide the Process Facility name, Process Facility contact, type of Process Waste or material, and the date the container was filled.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**REPORTING**

In accordance with the Consent Decree, Paradigm will submit to the Agencies, pursuant to the schedule below, written progress reports that among other requirements:

- Include a summary of all results of sampling and tests and all other data received or generated by or on behalf of the Trustee or Paradigm, and Paradigm's contractors, or agents in the previous reporting period;

- Identify all Work Plans, plans and other deliverables that were completed and submitted during the previous reporting period;

- Describe all actions, including, but not limited to, data collection and implementation of all Work Plans, which are scheduled for the next reporting period and provide other information relating to the progress of construction;

- Any actual or anticipated increases to the quantity of process material, RMBM, and or waste in process and which changes the quantity that was used to calculate the amount of the initial financial assurance;

- Include information regarding percentage of completion, unresolved delays encountered or anticipated that may affect the future schedule for implementation of the Work, and a description of efforts made to mitigate those delays or anticipated delays; and

- Include any modifications to the Work Plans or other schedules that Paradigm has proposed to EPA or that have been approved by EPA.

For the period during which Paradigm is developing, installing, and building the processing plant, Paradigm will submit reports on a monthly basis.  Once the processing plant has commenced operations, Paradigm will submit reports referred on a quarterly basis.  Paradigm will submit these reports to the Agencies by the tenth day of the new reporting period following lodging of the Consent Decree until certification of completion by EPA.

## 5.0    HEALTH AND SAFETY

**SAFETY AND HEALTH PLAN**

Prior to the initiation of the application of the Paradigm Process to the Metal Bearing Materials, Paradigm will develop a Process Facility specific safety and health plan in accordance with the Department of Labor Standards (OSHA) as promulgated in 29 CFR 1910 for General Industry and where applicable in 29 CFR 1926 for Construction as applicable to known and recognized hazards that are likely to exist on the Process Facility as they relate to activities and conditions related to the Paradigm Process.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

### PERSONNEL TRAINING

Process Facility workers involved with the collection and handling of potentially hazardous materials will have successfully completed a 40-hour Hazardous Waste Operations and Emergency Response (HAZWOPER) training course and/or an 8 hour refresher course as appropriate, incompliance with 29 CFR 1910.120 Hazardous Waste Operations and Emergency Response, Ill. Adm. Code Section 125.116, and previously established Facility policies.  Affected Facility employees will be required to participate in medical surveillance as it relates to lead exposure and the evaluation of fitness for use of respiratory protective equipment.

### PERSONAL PROTECTIVE EQUIPMENT (PPE)

Personal protective equipment (PPE) will be used throughout the various areas of operation.  At a minimum, all persons wanting to gain access to the various areas of operation and associated process areas will be required to wear hard hats, safety glasses or alternate eye protection, and work boots or shoes with toe protection or similar alternate protective foot wear.  Personnel performing work in the various areas of operation and associated process areas may be required to use additional PPE appropriate to the task and conditions present.  It is expected that PPE best described as level C will be required.  This may include the previously mentioned hard hats, safety glasses or alternate eye protection, work boots or shoes with toe protection or similar alternate protective foot wear, and as appropriate, gloves, paper suits and half-face cartridge respirators.  There may be some exceptions to these PPE requirements, such as equipment operators working within enclosed cabs or persons performing inspection related activities with very limited exposure potential.

### EMERGENCY ACTION PLAN

Paradigm will comply with applicable portions of the hazardous waste regulations within 35 IAC 725 Subpart D and the Chemetco Site Emergency Response and Action Plan, prepared by the Estate in 2008. This plan is prominently displayed in areas of employee access and is also available through the Estate Safety Health and Environmental Compliance Office.  Moreover, prior to initiating the Process Work, Paradigm shall develop a separate and independent Contingency Plan for the areas within the Facility on which the Process Work will take place.  Paradigm's Contingency Plan will specifically cover possible conditions created as a result of the Process Work.

Eyewash and emergency showers will be placed in areas of operation where chemical contact potential exists.  Signs and tags are to be applied at these devices indicating their location, functionality and or operating status.

## 6.0     SECURITY

The former Chemetco Smelter site is surrounded by a fence and protected from trespassers.  In addition, Paradigm is in the process of restoring video and security surveillance equipment and improving perimeter lighting within the Process Facility.  Paradigm will also take advantage of the Estate's "Facility Security Plan" and security measures, which include providing 24-hour security monitoring.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

All persons wishing to gain access to the Process Facility will be required to sign in before entrance and to sign out as they exit the Process Facility for purposes of accounting in the event of an emergency. Access to the Process Facility will be denied to any personnel or individuals who are not properly identified or authorized for entrance.  Additionally, persons or individuals wishing to gain access to Process Facility areas outside of the administrative office areas must have and wear basic safety equipment including at a minimum, a hard hat, safety glasses, work boots or work shoes, and clothing appropriate to the task.

Any visitors requiring access or entrance to areas outside of the administrative offices areas that are considered to be short term in nature, and do not involve the handling or collection of potentially hazardous material, such as inspectors, vendors, or contractors, will be required to make an appointment with enough advance time to be provided intent to enter information to the Agency and will be escorted or accompanied by Paradigm or Estate personnel after gaining approval by the Agency for access.

Trucks and other vehicles and their drivers may be denied access to the Process Facility.  This may be due to the operating state or condition of the equipment or the driver.

## 7.0    CLOSURE

If at any time during Paradigm's Work under this Work Plan, Paradigm concludes, in its sole discretion, that the processing of Metal Bearing Materials either for use in the Paradigm Process or for sale as Unprocessed Metal Bearing Materials is no longer technically or economically feasible, Paradigm will cease the processing of Metal Bearing Materials.  In this event, Paradigm will submit written notice to the EPA and IEPA indicating Paradigm's intention to stop the processing of Metal Bearing Materials. Paradigm's notice will include information and photographs to serve as comparison of the status and conditions of the Process Facility at the time Paradigm ceased operations at the Process Facility with the baseline conditions established pursuant to Section 2.04.

To demobilize operations, Paradigm will clean and decontaminate equipment and buildings in the Process Materials Staging Area and the Process Building and equipment will then be dismantled and shipped off site.  All Process Waste will be shipped to appropriate waste handling facilities. Any remaining Metal Bearing Materials not saleable as Unprocessed Metal Bearing Materials shall be sent off-site for proper disposal.

## 8.0    MODIFICATION

Paradigm may modify this Work Plan and its Appendices at any time by mutual agreement in writing and signed by Paradigm and EPA.  Any modification to this Work Plan shall be incorporated into this Work Plan.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

# Appendix A



## Process Work Plan
## Areas of Operation

### Points of Reference

1. Fines Building
2. Zinc Bunker
3. Crushing Building
4. Domed & Dis Building
5. Foundry
6. Tank House
7. Brick House
8. Maintenance Building
9. Administrative
10. Administrative
11. Receving Building
12. Truck Scales

**Internal Access Routes**

**External Access Routes**

**Raw M.B.M. Location**

**SA1** Source Area 1
**SA2** Source Area 2
**SA3** Source Area 3
**SA4** Source Area 4
**SA5** Source Area 5
**SA6** Source Area 6

Appendix A



# Appendix A



Proposed Plant Lay-out - Processing Building 6

| SCALE: 1/8" = 1'-0" | APPROVED BY: | DRAWN BY |
| DATE: | | REVISED |

Tank House

| | DRAWING NUMBER |

# Area of Operation Master Flow Chart

## Appendix B



**APPENDIX C**

| PROPOSED TESTING PROTOCOLS | | |
|---|---|---|
| **MATERIAL** | **PURPOSE OF ANALYSIS** | **PROPOSED ANALYTICAL METHOD(S)** |
| Deleterious Non-METAL BEARING MATERIALS Screening Debris | Profiling and characterization as a part of waste management activities for appropriate disposal | SW 846-1311 and USEPA Method 6010C |
| Material Process Water | QA/QC testing to evaluate and optimize process operations. Profiling and characterization as a part of waste management activities for appropriate disposal | In house testing, SW 846-1311 and USEPA Method 6010C |
| METAL BEARING MATERIALS Feed Stocks | QA/QC testing to evaluate and optimize process operations. Profiling and characterization as a part of waste management activities for appropriate disposal | In house testing, SW 846-1311 and USEPA Method 6010C |
| Commodity Products | QA/QC testing to evaluate and optimize process operations and conformance to product specifications.  Profiling and characterization as a part of waste management activities for appropriate disposal | In-house testing and that required by client, SW 846-1311 and USEPA Method 6010C |
| Other Waste Materials | Profiling and characterization as a part of waste management activities for appropriate disposal | SW 846-1311 and USEPA Method 6010C |

1

APPENDIX D

## POTENTIALLY APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS

| Subject | Requirement | Federal or State Regulatory Standards | Description | Potentials to be Evaluated or ARAR(s) | Evaluation |
|---------|-------------|---------------------------------------|-------------|---------------------------------------|------------|
| Concrete Debris | Concrete debris will be tested to determine if it has potential or application as clean fill material | 35 IAC Section 742 Table F | Requirement for concrete debris that will be considered for reuse onsite must meet the Tiered Approach Corrective Action Objectives Tier 1 Industrial/commercial Standard for Soil. | ARAR | Applicable to concrete debris that may be found commingled with METAL BEARING MATERIALS, or that may have resulted from demolition activities, or during construction activities. |
| Universal Waste | Identification of material that could be classified and/or managed as Universal Waste | 40 CFR 273 Subpart B

IAC 733 Subpart B | Requirement to determine at the point of generation whether this waste can be managed as universal waste under the standards cited and that apply to small quantity generators of universal waste (handler that has less than 11,000 pounds of total universal waste onsite at any one time). | ARAR for batteries, mercury containing equipment, lamps, paints various light bulbs, air conditioning units. Small quantity generators are allowed to: (1) accumulate waste 1 year from the date the waste was generated; (2) waste will be stored to prevent releases to the | Applicable to debris that may be found commingled with METAL BEARING MATERIALS, or that may have resulted from demolition activities, or during construction activities. |

| | | | | environment; (3) waste will be managed in containers appropriately labeled or marked | |
|---|---|---|---|---|---|
| Special Waste | Identification of material that could be classified and/or managed as Special Waste | IAC 808.121 (a)<br><br>IAC 808.240 | Requirement to determine if a material is a Special Waste, classify or declassify the waste, to manage waste to be disposed of offsite in a manner to prevent releases to the environment.  If classified as a Special Waste onsite management and disposal according to requirements. | ARAR for waste not sold or to be recycled. Includes glass, clay, concrete products, and metallic dust sweepings for offsite disposal. If necessary IAC 808 Subparts C, D, E, F G and H will be complied with after determination by IEPA and identification and classification has occurred. | Applicable to debris that may be found commingled with METAL BEARING MATERIALS, or that may have resulted from demolition activities, or during construction activities. |
| Dust Emissions | Prevention of particulate emissions from METAL BEARING MATERIALS, and related process activities | Department of Labor (OSHA) Standards 29 CFR 1910<br><br>OSHA Standards 29 CFR 1910 subpart Z | Requirements for worker safety and health.  General Industry standards for workplace exposure to chemicals, training requirements, and occupational exposure levels for specific chemicals and compounds. | ARAR (s) | OSHA standards are applicable by articles of incorporation to hazardous waste sites. |
| Electronic Waste (computer system components, circuit | Remove Electronic Wastes from METAL BEARING MATERIALS | 40 CFR 261.4 (b) (14) | The Electronic Wastes as described that are found in METAL BEARING MATERIALS piles and other areas associated with | ARAR for circuit boards and computer monitors. | Applicable to circuit board debris and in-tact monitors. |

| boards, et al) | piles and other areas associated plant process areas and or the construction of associated process areas | | construction and process areas will be removed from the pile or area and sent off for shredding and recycling.  Circuit boards are exempt from regulation if handled as described. | | |
|---|---|---|---|---|---|
| Recycled Products | A material is considered recycled if it is used, reused or reclaimed 40 CFR 261.1(c)(7).<br><br>A material is considered reclaimed if it is processed to recover a useable product.  40 CFR 261.2 (c) designates as solid wastes, materials that are recycled in a particular manner in reclamation. | 40 CFR 261.1(c)(7) and 261.2 (c)<br><br>35 IAC 721.102 and 726 Subpart C | Materials approved for sale as Products are not solid waste | ARAR for METAL BEARING MATERIALS that will be moved and staged while waiting on-site reprocessing. | Applicable to METAL BEARING MATERIALS moved and staged as a part of processing activities. |
| Hazardous waste generation and shipment to an off-site treatment, storage and/or disposal (TSD) facility | determining whether generated waste is a Resource Conservation Recovery Act (RCRA) hazardous waste | 40 CFR 262.11/<br><br>35 IAC 722.111 | Requirement to determine at the point of generation whether waste is a RCRA hazardous waste | ARAR for debris: concrete, cardboard, cardboard; paper; wood; plastic containers, piping, and sheeting; personal protective | Applicable to debris and waste materials that are generated as a result of the Paradigm Process or sale of Packaged Product |

| | | | | equipment (PPE)' fiberglass siding, and dry wall and soapy decontamination water (if hazardous), refractory brick that is not reused | |
|---|---|---|---|---|---|
| Hazardous waste generation and shipment to an off-site treatment, storage and/or disposal (TSD) facility | Identification of RCRA hazardous waste | 40 CFR 261.2-.9, 40 CFR Part 261 Subpart B (waste characteristics)/ 35 IAC 721 Subpart B | Requirement for determining if a material is a RCRA solid waste and RCRA hazardous waste, and not excluded from RCRA regulation | ARAR for debris: concrete, cardboard; paper; wood; plastic containers, piping, and sheeting; PPE; fiberglass siding, and dry wall and soapy decontamination water (if hazardous), refractory brick that is not reused. | Applicable to debris and waste materials that are generated as a result of the Paradigm Process or sale of Packaged Product. |
| Hazardous waste generation and shipment to an off-site treatment, storage and/or disposal (TSD) facility | Labeling and packaging of RCRA hazardous wastes that will be sent off-site | 40 CFR 262.30-.33/ 35 IAC 722 Subparts C, E, and H | Requirement for RCRA hazardous wastes to be sent offsite to a TSD facility must be properly packaged, labeled and placarded | ARAR for debris: concrete, cardboard; paper; wood; plastic containers, piping, and sheeting; PPE; fiberglass siding, and dry wall and soapy decontamination water (if hazardous), refractory brick that is not reused. | Applicable to debris and waste materials that are generated as a result of the Paradigm Process or sale of Packaged Product. |

| Hazardous Materials, including Hazardous Waste, transported off-site | These regulation establish the procedures for identifying, classifying, packaging, labeling, and transporting United States Department of Transportation (USDOT) Hazardous Materials, including Hazardous Wastes, that will be transported off-site | 49 CFR 171-179/ <br><br> 35 IAC 721 and 723 <br><br> 49 CFR 107, 171.1-500 | Requirement for determining a substance is USDOT Hazardous Material, including Hazardous Waste, to be transported off site. | ARAR for packaging, labeling, documenting, loading, and transporting USDOT Hazardous Materials, which includes Hazardous Wastes | Applicable to Process Waste or Product containing lead and cadmium levels that trigger USDOT Hazardous Materials classification being transported off-site for recycling and any Hazardous Wastes being transported off site. |
|---|---|---|---|---|---|
| Closure and post-closure standards for hazardous waste management units | General RCRA performance standard for hazardous waste management unit closures | 40 CFR 265.111 <br><br> 40 CFR 265.114/ <br><br> 35 IAC 724 | Requirements for management units that handle RCRA hazardous waste must be closed and receive post-closure care to minimize the need for further maintenance and to control, minimize or eliminate later escape of hazardous constituents to the extent necessary to protect human health and the environment. In addition, equipment, structures, and soil that become contaminated from contact with hazardous waste must be properly | ARAR for the Brick Shop Container Storage Area and the AAF Decontamination Area and Sump | Applicable to any storage, treatment or disposal units that would be used to manage waste materials excavated or otherwise generated. |

| | | | disposed of or contaminated. | | |
|---|---|---|---|---|---|
| Container Management | General RCRA requirements for managing containers used to store materials | 40 CFR 265 Subpart 1<br><br>35 IAC 725 Subpart 1 | Requirement for the design and management standards for hazardous waste containers | ARAR for the containerization of the residual liquids or pre-existing containerized material within the Foundry Building and Tank House | Applicable for any hazardous waste that will be containerized |
| Occupation exposures to on-site workers | Required prior to working at a hazardous waste site | Occupational Safety and Health Administration (OSHA), 29 CR 1910. 651-678 | Requirements that regulate worker health and safety. Sets general industry standards for workplace exposure to chemicals, and sets health and safety training requirements for workers at hazardous waste sites. | ARAR | OSHA standards are independently applicable to hazardous waste sites |
| Occupational exposures to on-site workers | Required prior to working at a hazardous waste site | 29 CFR Part 1910, Subpart Z | Establishes occupation exposure levels for specific contaminants | ARAR | OSHA standards are independently applicable to hazardous waste sites |
| Spent Hydraulic Fluids | Determining whether generated waste is a RCRA hazardous waste | 40 CFR 262.11/<br><br>35 IAC 722.111 | Requirement to determine at the point of generation whether waste is a RCRA hazardous waste | ARAR | Applicable to debris and waste materials that are generated as part of demolition activities |
| Spent Hydraulic Fluids | Identification of RCRA hazardous | 40 CFR 261.2-.9 | Requirement for determining if a material is a RCRA solid waste and RCRA | ARAR | Applicable to debris and waste that |

| | | | | | |
|---|---|---|---|---|---|
| | waste | 40 CFR Part 261 Subparts B (waste characteristics) 35 IAC 721 Subpart B | hazardous waste, and not excluded from RCRA regulation. | | are generated as part of demolition activities. |
| Spent Hydraulic Fluids | Labeling and packaging of RCRA hazardous wastes that will be sent off-site | 40 CFR 262.30-.33 | RCRA hazardous wastes to be sent offsite to a TSD facility must be properly packaged, labeled and placarded | ARAR | Applicable to debris and waste materials that are generated as part of demolition activities. |
| Used Oil Standards | Standards for used oil generators | 40 CFT 279 Subpart C IAC 739 Sub Part C | Standards for used oil generators | ARAR | Applicable to material that can be classified as "Used Oil". |

APPENDIX E

**PROCESS WASTE HANDLING PROTOCOL / WASTE ANALYSIS PLAN**

| MATERIAL BY CATEGORY | GENERAL COMPOSITION/ DESCRIPTION OF MATERIALS | DECONTAMINATION METHODS | ANALYSIS PARAMETERS | PROPOSED SAMPLING AND ANALYTICAL METHODS | SAMPLING FREQUENCY | PROPOSED RECYCLE METHODOLOGY | SHIPPING METHODS | RECEIVING FACILITY |
|---|---|---|---|---|---|---|---|---|
| Building Materials and Debris | wood framing materials, drywall, building siding, roof material, debris remaining after demolition activities or resulting from building improvements and similar products | may not apply; or

dry or gross de-contamination such as broom sweeping or brushing; or

wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.

One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic | mixed material collection; or

source segregation; or

on site processing, after characterization some materials may be found suitable for re-use | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices;

Off-site, transport by roll off boxes, tank or tanker, or if appropriate, haul trucks. | ship off-site to an appropriate solid waste facility

ship fluids to an appropriate treatment facility |

1

|  |  |  |  |  | yards for similar profiled waste streams. |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Concrete | rubble and debris, cinder block, and similar related products | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing; or<br><br>wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste | source segregation; or<br><br>on-site processing, METAL BEARING MATERIALS processing equipment will be capable of rendering this type of material suitable for use in on-site clean-fill applications | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | Rubble that meets the requirements of the Tier 1 Approach Corrective Action Objectives (Ill. Adm. Code 742) may be re-used on-Site.<br><br>rubble that does not meet the requirements of the standard or is not intended to be re-used will be shipped off-Site to a solid waste landfill |

2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | streams. | | | |
| Dust | resulting from the movement of METAL BEARING MATERIALS, screening, sizing and grading operations, dry or wet decontamination general clean-up and housekeeping activities | not applicable, solids entered into METAL BEARING MATERIALS process system as appropriate | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers; or<br><br>On site processing for use as a potential feed stock or potential 'as-is' material sales. | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices | not applicable |
| Electronics | computer monitors, circuit | not applicable | Total Metals | SW 846-1311 EPA | Once to characterize | mixed material | on-site, movement | after characterization, |

3

| | boards, peripherals, and chipped and/or shredded parts of same and similar products | | | Method 6010 C, ICPAES-MS Total Metals | the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by roll off boxes, conex, or if appropriate, haul trucks. | ship off-site to a recycling process facility;<br><br>material that does not meet the requirements of the standard will be shipped off-site to a solid waste landfill |
|---|---|---|---|---|---|---|---|---|
| Oil and Related Products | resulting from service and maintenance of fuel powered and rotating processing | may need to drain filters | Semi-Volatile, Volatiles, BTEX, pH | SW 846-1311 EPA Method 6010 C, ICPAES-MS | Once to characterize the waste profile for each individual | mixed material collection; or<br><br>source | on-site, movement by manual and powered equipment, | after characterization, ship off-site to a recycling process facility |

|  |  |  |  | Total Metals | waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | using appropriate transfer containers and devices;<br><br>Off-site, transport by drum, tank or tanker trucks. |  |
|---|---|---|---|---|---|---|---|---|
| equipment, fluids and filters, et al |  |  |  |  |  |  |  |  |
| Paper | sheet paper, books, magazines, cardboard, boxes, shipping/receiving materials, general cleaning and housekeeping and similar products | not applicable | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of | on-site, movement by manual and powered equipment, using appropriate transfer containers | after characterization, recycling process facility;<br><br>material that does not meet the |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | like materials to be consolidated into roll-off bins or other appropriate transport containers | and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | requirements of the standard or is not intended to be re-used will be shipped off-site to a solid waste landfill |
| Personal Protective Equipment | gloves, safety glasses, boots, paper suits ear plugs, respirators and associated cartridge filters (et al) and similar products | not applicable | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by | after characterization, will be shipped off-site to a solid waste landfill |

6

| | | | | | that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | appropriate transport containers | roll off boxes, or if appropriate, haul trucks. | |
|---|---|---|---|---|---|---|---|---|
| Plastic | pipe cutting and tailings, vessels, shipping and packaging materials, bags and flexible containers, barrels, drums, totes, scrap rubber, fiberglass panels and similar materials | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing; or<br><br>wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by drums, barrel, appropriate container, | after characterization, recycling process facility;<br><br>material that does not meet the requirements of the standard or is not intended to be re-used will be shipped off-site to a solid waste landfill |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | | roll off boxes, or if appropriate, haul trucks. | |
| Process Water | | | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream. One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every | | | |

8

| | | | | | 200 cubic yards for similar profiled waste streams. | | | |
|---|---|---|---|---|---|---|---|---|
| Scrap Metal | of various compositions; angle iron, channel, plate, piping and conduit, wiring, equipment and equipment parts, rebar, structural components, debris remaining after demolition activities or resulting from building improvements, general cleaning and housekeeping, and similar products | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing; or<br><br>wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | metal recycling facility |

9

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | waste streams. | | | |
| Shipping and Receiving Materials | plastic and metal banding, pallets, bags, drums, totes, liners | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | ship off-site to an appropriate solid waste facility |

10

C072168/0310694/3927705.1

| Wood | broken and scrap lumber, pallets, plywood, dimensional lumber, dunage and similarly related products | may not apply; or

dry or gross de-contamination such as broom sweeping or brushing | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.

Then one sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | mixed material collection;

source segregation;

on site processing, after characterization some materials may be found suitable for re-use | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices

Off-site, transport by roll off boxes, or if appropriate, haul trucks. | ship off-site to an appropriate solid waste facility |

11

*Waste streams will be tested until a waste profile is established using appropriate methodology noted in Table above and or in accordance with receiving facility requirements or profile testing methods that have been established by ongoing Chemetco Bankruptcy Estate operations.

* 90-Day rule is relevant for all waste generated.

12

C072168/0310694/3927705.1

**APPENDIX F**

# Estate of Chemetco, Inc.
## Decontamination Procedure

January 29, 2008

### STANDARD FOR DECONTAMINATION
(Definition of clean debris surface as per 40 CFR §268.45)

**'Clean debris surface' means the surface, when viewed without magnification should be free of all visible contamination and hazardous waste except that residual staining consisting of light shadows, slight streaks, or minor discolorations, and contamination in cracks, crevices, and pits may be present provided that such staining and contamination in cracks, crevices and pits should be limited to not more than 5% of each square inch of surface area.**

1. **General**

    All visible scrubber sludge, slag, and other debris associated with the Chemetco site will be removed from the equipment in question on all exterior and interior surfaces, including inside cabs and engine compartments. All liquids and solids generated by the decontamination procedure will be handled as suspect hazardous waste in compliance with RCRA in satellite accumulation drums in the Brick Shop labeled as "Decon Waste Water" and "Decon Waste Solids."

2. **Containment**

    a. A containment pad will be constructed on an even concrete covered area of the site using at least two layers of 6 mil plastic sheeting, one layer of 10 mil plastic sheeting or better with at least 4" berms on all sides constructed using flexible drain pipe wrapped in plastic with sandbags on top to stabilize and with 4' of spacing around the equipment.

    b. A sump or low area will be created inside the containment to facilitate collection of waste waters and solids.

    c. To prevent puncturing the plastic, wood boards, plywood or other suitable material will be placed on top of the sheeting.

3. **Decontamination of Materials and Equipment**

    a. Gross and hard to remove contaminants will be removed by mechanical action (shovels, brushes, etc.)

    b. A pressure washer (less than 3000 psi) using well water will be used to remove any remaining contaminants.

4. **Collection of Decon Wastes/Hazardous Materials**

    a. Before the decontaminated materials or equipment are removed from the containment pad, all waste waters and solids will be collected from the surface of the containment area using mechanical action and/or a sump pump or wet/dry vacuum.

    b. Once the decontaminated materials or equipment are removed from the containment area, the pad will be decontaminated with a pressure washer and the waste water collected with a sump pump or wet/dry vacuum.

    c. Waste Waters will be placed in the satellite accumulation drum labeled "Decon Waste Water" and the volume documented as stated on the attached Decon Waste Water Inventory Sheet.

# Estate of Chemetco, Inc.
## Decontamination Procedure

January 29, 2008

    d.  Waste Solids will be placed in the satellite accumulation drum labeled "Decon Waste Solids" and the volume documented as stated on the attached Decon Waste Solids Inventory Sheet.

    e.  The waste drums will be sealed and returned to the Hazardous Storage Area in accordance with the instructions on the inventory sheets (full drums will be labeled and managed as hazardous waste until waste determinations and disposition are completed).

**5.  Documentation of Decontamination**

Upon completion of the above actions, the lead person performing the decontamination will record evidence of this on the attached Decontamination Inspection Sheet, which will be filed by the EH&S Manager.

**6.  Inspection of Containment Pad**

Prior to use of the containment pad for the next decontamination, the pad will be inspected to ensure that there are no punctures or other indications of failure of the intergrity, if so, it will be repaired or replaced.  Used plastic sheeting will be disposed of as suspect hazardous waste.

**7.  Personal Protection Equipment (PPE)**

    a.  All personnel conducting the decontamination of the equipment and the handling of suspect hazardous waste will be required to wear the following PPE:

- Hard hat with face shield
- Safety Glasses
- Water resistant boots or goulashes
- Rubber gloves
- Water resistant apron or tyveks
- Half-face respirator, if fugitive dust is present

    b.  PPE will be decontaminated or disposed of as suspect hazardous waste.

**8.  Health and Safety**

All personnel conducting the decontamination of the equipment and the handling of hazardous wastes are required to:

    a.  Have current OSHA Hazwoper Certification (29 CFR 1910.120),

    b.  Comply with OSHA Standard for Lead Worker (29 CFR 1910.1025), and

    c.  Comply with OSHA Standard for Cadmium Worker (29CFR 1910.1027)