# PARADIGM PROCESSING FACILITY AND SOURCE AREAS WITHIN THE CHEMETCO SITE



1- Bulk Screening Area

2 - Crushing and Grinding Area

3 - Process Material Staging Area (Former DIS Building)

4 - Unprocessed Metal Bearing Materials Product Staging Area

5 - Decontamination Areas

6 - Process Waste Staging Area

7 - Process Building (Current Brick Shop Building)

8 - Process Building (Current Tank Building)

9 - Processed Metal Bearing Materials Product Staging Area

10 - Receiving Building

SA1 - Source Area 1

SA2 - Source Area 2

SA3 - Source Area 3

SA4 - Source Area 4

SA5 - Source Area 5

© 2012 Microsoft |