June 10, 2013

via e-mail

Steve Zuber
Paradigm Minerals & Environmental Services LLC
Estate of Chemetco, Inc.
3754 Chemetco Lane
Hartford, Illinois 62048

Re:    Bulk Unprocessed Metal Bearing Materials Work Plan
       Chemetco Superfund Site in Hartford, Illinois

Dear Mr. Zuber,

The U.S. Environmental Protection Agency has reviewed the revised Bulk Unprocessed Metal Bearing Materials (UMBM) Work Plan dated June 4, 2013.  The June 4, 2013 version of the Bulk Unprocessed Metal Bearing Materials Work Plan is hereby approved.

Thank you for working with us and re-submitting the plan.  We look forward to your company's work at the site progressing.  If there are any questions concerning the above, please do not hesitate to contact me at 618-525-3665.


Sincerely,


Kevin Turner
U.S. EPA


Copies via email:        Steve Zuber, Paradigm
                         Erin Rednour, IEPA
                         Chris Cahnovsky, IEPA
                         Scott Sievers, IEPA
                         Jim Morgan, IAG
                         Randy Stone, USDOJ
                         Tom Martin, USEPA
                         Nefertiti DiCosmo, USEPA
                         Donald Samson, Estate of Chemetco
                         Jorge Garcia, Estate of Chemetco
                         Penni Livingston, Livingston Law
                         Dan Nester, Bryan Cave
                         Steve Poplawski, Bryan Cave

**WORK PLAN FOR THE SALES OF
CHEMETCO FACILITY ASSESTS**


**BULK UNPROCESSED METAL
BEARING MATERIALS WORK PLAN**


**June 4, 2013**


**Paradigm Minerals and Environmental Services
3754 Chemetco Lane
Hartford, IL 62048**

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

# CONTENTS

SUBJECT ........................................................................................................................ 3

PURPOSE ...................................................................................................................... 3

COMMERCIAL STATUS ............................................................................................... 3

CHARACTERIZATION OF MATERIAL ........................................................................ 4

SOURCE SEGREGATION ACTIVITIES ......................................................................... 6

LOADING ..................................................................................................................... 7

SCHEDULE ................................................................................................................... 7

HANDLING, PACKAGING, SHIPPING ......................................................................... 8

POLLUTION PREVENTION ........................................................................................... 9

WASTE MANAGEMENT, ENVIRONMENTAL ISSUES, REGULATORY COMPLIANCE ......... 10

HEALTH & SAFETY ................................................................................................... 13

APPENDIX A ............................................................................................................... 15

   Examples of  Materials Image .................................................................................16

   Bulk UMBM Sample Image ................................................................................... 17

   UMBM Areas of Operation .................................................................................... 18

APPENDIX B ............................................................................................................... 19

   Bulk UMBM Sample Locator Map ....................................................................... 19

   A.H. Knight Test Results ........................................................................................ 20

   St. Louis Labs Test Results..................................................................................... 21

APPENDIX C   Proposed Testing Protocols ............................................................... 23

APPENDIX D   Applicable or Relevant and Appropriate Requirements ..................... 24

APPENDIX E   Waste Handling Protocols / Waste Analysis Plan ............................... 31

APPENDIX F   Decontamination Procedure............................................................... 43

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**SUBJECT**

Unprocessed Metal Bearing Materials (UMBM) Work Plan.

**PURPOSE**

The purpose of this UMBM Work Plan is to document the material handling, packaging and shipping of Bulk Unprocessed Metal Bearing Material Products ("Bulk UMBM") on the former Chemetco Site (the "Site") to purchasers approved by the U.S. Bankruptcy Court, Southern District of Illinois. This work plan provides solely for the segregation and sale of commercially viable Bulk UMBM.

This work supports the Estate and Paradigm's ongoing efforts to reduce the environmental impact at the site and realize the economic benefits as an interim measure pending the US EPA's approval of Paradigm's Process Work Plan, which details Paradigms' activities to process and sell metal bearing materials ("MBM") at the Site.

**COMMERCIAL STATUS**

Over the past 3 years the following companies have purchased or expressed legitimate interest in purchasing MBM to recover ferrous and non-ferrous metals:
- California Metals and Alloys Corporation (United States);
- Interco Trading (United States);
- Norddeutsche Aurubis Affinerie A.G. (Germany);
- Becker Metals (United States);
- Colonial Metals (United States);
- Coleman Engineering and Metals (United States); and
- Metallo Chemique (Belgium).

These companies will manage the Bulk UMBM as a viable commodity and use the Bulk UMBM as an ingredient or intermediate in an industrial process to make a product or as an effective substitute for commercial products.  As such, Paradigm will secure certificates of legitimate recycling from any company with which Paradigm contracts to sell Bulk UMBM under this Work Plan.

Prior to sale to any  buyer, Paradigm will identify the  buyer in advance to the EPA and provide proper documentation with certificates of recycling as has occurred with previous contracts for sale of material from the Chemetco facility.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**CHARACTERIZATION OF MATERIAL**

Considerable amounts of MBM can be found throughout the Site, most notably in association with the existing slag stock piles.  The MBM may have been generated as a result of former furnace/foundry operations, or process disruptions, and/or as a result of associated operations such as the performance of service, maintenance, or repair of process equipment and vessels.  The Large Bulk MBM is known to exist in various sizes and shapes and has been previously described as skulls, ladle-bottoms, and spills.  Regardless of the description or etiology, the resulting furnace/foundry products and materials appear to have been previously placed in /on and became commingled within the various existing slag stock piles on the Site.  The largest accumulations of MBM are predominately located within the north east quadrant of the fenced property and in slag stock piles along the eastern-most to southeast areas of the Site.

The skulls and spills on the Site are of relatively similar elemental compositions predominately consisting of iron, zinc, lead, copper, and tin of varied proportions.  Other metals and metal compounds are known to exist within these matrixes, including, but not limited to antimony, and nickel.  The skulls and spills also have relatively similar physical properties as they relate to densities, compressive strength, and specific gravity.  The materials vary primarily due to their physical size.  The MBM at the Site range in size and shape from granular fines to large bulk materials, as described below:

- **Fines:**            Generally means granular material $< \frac{1}{2}$" in any direction
- **Standard Bulk:**    Generally means material in a size range of $\geq \frac{1}{2}$" to $< 1$' in any direction
- **Large Bulk:**       Generally means material $\geq 1$', some can be as large 6' in any direction

Large Bulk MBM at the Site is generally believed to have resulted from placing molten and cooling slag onto a surface or into a pit and allowing it to cool and harden at ambient temperatures and pressures. Additionally, when this type of MBM was allowed to cool and become hardened or semi-harden in the bottom of the furnace slag pots what resulted was the formation of large accretions or deposits of MBM of varied composition.  The MBM were eventually placed on to the stock piles. The resulting MBM took on a shape, albeit often distorted, of the furnace/foundry vessel in which it was contained.  Within industry these accretions are often referred to as 'ladle bottoms' or 'skulls'.

The primary target material of this Bulk UMBM Work Plan is  the  Large Bulk MBM.  The Bulk MBM will be sold as products under this Bulk UMBM Work Plan.

The Appendix section contains an Example of Materials Image typical of the Bulk MBM products Paradigm will initially target under this Work Plan.  From the photographs, it becomes easily discernible that there are many Bulk MBM products located at or near the surface of the slag piles.  The Large Bulk MBM product pictured can each weigh approximately 4-5 tons and, dependent primarily to size and composition, can weigh up to 10 tons or more.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Sampling**- A recent sampling event directly relates to the composition of Large Bulk MBM. Paradigm and Estate personnel located and identified fifteen (15) samples of Bulk UMBM from the slag stock pile for sampling, which are identified on the attached UMBM Sample Locator Map in the Appendix.  Twelve of the fifteen samples were designated as primary target locations and the others were designated as alternates in the event circumstances or conditions prevented sampling of the primary targets.  The sample locations are further identified by photographs that can be found in the appendix under Bulk UMBM Sample Images.

An electric masonry drill, an 18" long stainless steel masonry drill bit and a vacuum were used to collect the samples.  At least three holes were drilled full depth into each of the sample targets through a collection box attached to the vacuum.  At each sample location, the material collected within the vacuum was placed into an individual plastic bag, sealed and labeled at each location.  The plastic collection bucket and filters of the vacuum were exchanged between sample collections.  Paper towels, PPE and other expendable type items were disposed of in existing containers previously established for such materials.

Over the course of two days, samples were obtained from all twelve of the primary sample locations in the presence of a representative from A.H. Knight who served as an independent third party witness to the sampling event, in a strictly observatory role.  The A.H. Knight Representative did not directly perform any work, but was in reasonably close proximity to sampling activities.  The A.H. Knight Representative maintained custody and control of the samples as they were individually collected. After completion of the sampling event, the A.H. Knight Representative placed the 12 individual sample containers into a larger plastic bag and sealed it.  Then they placed that bag into a single plastic container for transfer.  The shipping container was sealed at multiple locations and forwarded to A.H. Knight for independent third party laboratory analysis.  It is reported that a uniform mass (by weight) of material was collected from each of the samples and then composited into a single sample.  The analytical results of the composite sample as reported by A.H. Knight, is attached in the Appendix section under A.H. Knight Test Results.  A.H. Knight tested the representative Bulk UMBM to determine the typical total metal content of the Bulk UMBM, using ICP-AES SW846 method 6010 C for total metals.

Upon completion of the assay analysis performed by A.H. Knight et al. the balance of the collected samples were returned to the Site in their original containers.  The 12 returned samples were then subsequently individually analyzed by St. Louis Labs using XRF method ASTM E-572.  The results of analysis, as reported by St. Louis Labs are attached in the appendix as St Louis Labs Test Results.

## SOURCE SEGREGATION ACTIVITIES

Large MBM located near the surface of the stock piled slag will be the initial target of the UMBM Work Plan.  After the Processing Work Plan is approved and slag processing work begins, Paradigm expects to methodically and systematically work its way through the existing MBM stock piles over the next 5 to 7 years as long as Large UMBM are present.  It is expected that this Bulk UMBM Work Plan continues in force and runs concurrently with the Process Work Plan, once approved.  Bulk MBM source areas are the areas identified in dotted red lines on the UMBM Areas of Operation found in the Appendix.  Transportation routes are identified on that document with yellow lines to show internal access routes and blue lines to show external access routes for container deliveries.

Operations and activities will be performed within the footprint of the existing MBM stockpiles, and will involve the use of various types of powered construction equipment appropriate to the task and conditions.  These will be done with minimal disruption to the original site conditions and without creating new releases.  These activities and operations will be primarily conducted in and subject to out-of-doors situations.

Initially, Large Bulk MBM (best handled and loaded by heavier equipment) can be segregated into individualized piles by a front-end loader (or equivalent) within the footprint of the existing MBM stock piles.

The oversized MBM can be transported by wheeled loader to the former DIS and Dome buildings for bulk material loading.  Watering of haul roads or stockpiles may be necessary to remain compliant with 35 ILL. Adm. Code 212.301 (no visible emissions beyond the property line) and will be the responsibility of Paradigm and the Estate.

Large Bulk MBM will be periodically transferred and staged pending loading operations within the concrete wall confines and on the concrete slabs of the former DIS and Dome buildings.  The Large Bulk MBM will likely be loaded by skid loader, forklift or front end loader.

Scrap iron, sheet metal and other recyclable materials may be encountered during site activities and will be handled according to the ongoing Scrap Metal Work Plan that is already in place.  Sale of these materials and products are expected to continue until the material sources have been depleted or are otherwise no longer available.

In addition to the Large Bulk MBM visibly observable on or protruding from to the surface or otherwise considered to be within near surface proximity of the slag stock piles, it is reasonable to expect the discovery of additional Large Bulk UMBM within and through-out the existing on Site slag stock piles.

In some cases the Bulk UMBM may require size reduction to better accommodate material handling, shipping container and packaging constraints and those requirements that may be placed by the receiving facility.  When necessary, dry cutting methods will be employed to size Bulk UMBM and Paradigm will perform such functions at the source location.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**LOADING**

On-Site scales are used to weigh the ocean/freight containers prior to loading.  The containers are then to be staged along the western-most side of the former Domed Building but will not enter the building. The containers are inspected for damage, and if applicable, sheet plastic or other linings are installed. Large Bulk MBM will likely be loaded by skid-loader, forklift or front end loader.  The  Large Bulk MBM can be loaded by use of portable ramps and smaller bucket loading equipment.   Upon completion of loading, the plastic sheeting used to line the container will be overlapped and taped down.

**SCHEDULE**

In general, daily work related activities will be conducted from 7AM to 6PM, Monday-Friday, but Paradigm and the Estate reserve the right to adjust the work schedule to accommodate business related activities such as production and shipping schedules, operating contingencies, and weather conditions.

Shipments of Bulk UMBM could begin within 5 days of approval of this Bulk UMBM Work Plan and will continue until the material sources have been depleted or are otherwise no longer available.  As a forward looking statement, it is possible to deliver the UMBM product in an ambitious and productive 7 years.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**HANDLING, PACKAGING, SHIPPING**

Recyclable MBM will be bulk loaded into containers outside the dome building and or on the concrete pad in the south east corner of the property in accordance with customer specifications. The shipping/loading areas, located within the Product Staging Area, are labeled with yellow flags #1 and #2 on the Bulk UMBM Work Plan Map attached in the appendix. If bagging is required, the existing bagging process will be located along the dock at the southwest corner of the dome building identified with yellow flag #1.

Large Bulk UMBM can be placed directly, as-is, into overseas shipping containers.

Pricing is Freight on Board ("F.O.B.") Hartford and the buyers will be responsible for coordinating the shipping from the plant to the final destination. Paradigm will only be required to coordinate the packaging and loading of containers at the Site. When applicable, Paradigm will secure the product for shipment in accordance with United States Department of Transportation hazardous materials shipping procedures.

The following bulk shipping containers may be used:

**Ocean Container (International)**:  If intended for transport via Ocean-Liner, the nature of the Bulk UMBM may require the ocean container to be lined with plastic sheeting with sealed doors. Upon completion of loading, the plastic lining will be overlapped and taped down. In an effort to eliminate or mitigate potential damage to the container or the plastic lining, large size Bulk UMBM may be placed in the container on top of smaller material using a portable ramp and a forklift or similar device.

**Dump Trailer (Domestic)**:  For domestic shipments using open top trailers or containers, Bulk UMBM will be removed from their current locations, stockpile(s) and staging areas using construction equipment appropriate to the task and conditions present or similar equipment with the intention and capability to more evenly distribute Bulk UMBM within containers. Upon completion of loading, the trailer or container will be covered and secured for shipment.

**Non-bulk Packaging**:  Where smaller packaging is required (e.g., Gaylord cartons, Supersacks, or similar containers) packaging will be positioned on an impermeable material, (e.g., plastic sheeting to catch spills), and loaded by hand or using a portable hopper and a skid loader and sent to the 2-station bagger at the dock at the SW corner of the former Domed Building, just NW of the former Foundry Building. At that location, the material will be processed into loading hoppers and then placed into the appropriate shipping device or package. The package will be weighed, labeled and sealed for shipment. A forklift or similar material handling equipment will be used to move the packages. A forklift and the concrete loading docks will be used to load box trailers or ocean containers with packages for shipment. Fugitive dust will be controlled as described in Pollution Prevention section under Fugitive Dust Emissions.

**Storage**:  Under ideal conditions and circumstances the intent is to load Bulk MBM into containers as soon as it is ready for sale and as soon as Paradigm has an adequate amount of material to meet the size and number of containers available for shipping.  However, if conditions and circumstances require it, bulk materials could be stored on an impermeable surface and covered with plastic sheeting within the former Domed Building or other similar location that provides adequate containment.  Packaged materials could be stored inside the former Receiving Building, fines building or tank house, if space is available.


## POLLUTION PREVENTION


**Decontamination:**  All equipment, tools, and the exterior of containers used in the Bulk UMBM Work Plan will be decontaminated in accordance with the Estate's Decontamination Procedure, dated January 29, 2008.  Decontamination activities shall be performed within concrete bunkers located outside of the tank house and the former foundry building, (identified as circles #5 and #6 on the UMBM Work Plan Map included in the appendix).  Both of these areas have access and egress points able to accommodate the entry of mobile equipment.  They provide reasonably direct routes out of transport lanes and away from Site activities.  These areas also provide concrete walls and partitions that serve to establish an element of containment.  In the decontamination areas the Estate and Paradigm shall construct or install small partitions and ramps to contain materials resulting from decontamination efforts, and to prevent the migration and intrusion of storm water that may contain MBM.  The concrete slabs that underlay and are immediately adjacent to these areas are expected to prove suitable to serve as staging areas, and for the placement of receiving containers such as roll-off boxes, and for the placement of collection tanks or other suitable containers for the collection of solids and water used in decontamination activities.


Pursuant to decontamination procedures, Paradigm and/or the Estate shall establish decontamination zones for powered and process equipment, material containers, personnel and the associated personal protective equipment used to perform work.  Two distinct forms of decontamination will be employed:  dry (gross) decontamination and wet decontamination efforts.  Dry removal is characterized by the use of dry mechanical or manual device assisted removal such as broom sweeping, brushing, scrapers or vacuuming.  Wet removal is characterized by the use of fluids such as water and manually assisted or powered equipment such as pressure washers and hot water or steam cleaners.  In the event wet decontamination efforts are necessary, additional efforts such as the use of partitioned curtains (and similar devices) may be required to aid in the containment and control fugitive emissions and/or water discharges.  Waste water resulting from 'wet decontamination efforts' will be pumped into and stored in a collection tank on a suitable base and appropriately disposed of in accordance with applicable regulatory requirements.


Satellite decon stations may be established near personnel entrance and exit points.  Portable decontamination collection and containment devices and equipment will be constructed or installed to aid in the decontamination and collection of PPE.  This may include drum type containers with liners for the collection of expendable PPE such as paper suits and respirator cartridges, the use of dry boot

brushes and portable hand washing stations.  Dry MBM and water potentially bearing MBM will be collected from the activities in these satellite stations and placed into containers for proper disposal in compliance with applicable regulatory requirements until the Process Work Plan has been approved. Following the approval of the Process Work Plan, Paradigm will evaluate these materials for potential use within the chemical process.

**Spills and Release Cleanup:**  Work will be conducted only in manageable weather conditions. Paradigm will evaluate the potential impact adverse weather conditions may have on continued safe working conditions and may suspend operations while such conditions persist.  Any spills or releases of MBM will be cleaned up each day using brooms, shovels or vacuum systems.  A determination will be made as to whether the materials cleaned up can be shipped as product.  Materials spilled or released that cannot be shipped as products will be handled as solid or hazardous wastes in compliance with applicable regulatory requirements.

**Containment:**  All MBM products will remain in place until work starts under this Bulk UMBM Work Plan.  Commercially viable products subject to this Work Plan will be recovered and staged, as discussed above, in the Product Staging Area and as specified in this Bulk UMBM Work Plan.  All sealed containers of wastes, including hazardous waste, awaiting shipment will be stored in RCRA containers and staged for shipment on the concrete area between the offices and the foundry and managed according to RCRA.

**Fugitive Dust Emission Controls:** On-Site source segregation activities of Bulk UMBM, powered equipment, dry cleaning of concrete surfaces and similar activities may have the potential to result in fugitive dust emissions. All efforts will be made to prevent visible fugitive dust emissions.  Paradigm shall employ dust control measures, such as water spray, fogging, misting, and/or other dampening efforts to prevent such visible emissions.  To the extent possible and consistent with the prevention of visible emissions, use of water will be limited in volume to prevent run-off and unsafe working conditions.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

## WASTE MANAGEMENT, ENVIRONMENTAL ISSUES AND REGULATORY COMPLIANCE

**Hazardous Waste** -   All hazardous wastes will be properly characterized, contained, labeled, handled, stored and manifested according to RCRA.

**Solid Waste** - Any wastes generated will be properly characterized via a hazardous waste determination and disposed off-site in accordance with RCRA.

**Waste Staging Areas**- Waste Staging Ares will be established on the existing concrete slab areas in locations that allow for reasonable vehicle access, management of materials, profiling and collection into appropriate containers for off-site disposal.  Until the approval of the Process Work Plan, all waste shall be disposed of properly and in accordance with RCRA regulations.  Following the approval of the Process Work Plan, waste may either be properly disposed in accordance with applicable regulatory requirements or evaluated for use and inserted into the appropriate processing operations detailed in Paradigm's Process Work Plan.  While stored in the Waste Staging Area, the waste will be managed in accordance with RCRA.

**Clean Air Act -** Paradigm will comply with all air permitting and air control requirements applicable to its operations.

**Transportation and Documentation-** All shipments of Product and/or Wastes will be in compliance with United States Department of Transportation regulations and standards as well as RCRA generator requirements.  The Estate's RCRA generator ID will be used to generate manifests and ensure that appropriate placards are applied or otherwise displayed at the time of transportation of any hazardous materials, including transportation to an appropriate recycling or waste management facility.  The signed generator and transporter copy of the manifest will be forwarded to the IEPA, while maintaining at the Site the fully executed originals.  Monthly, the Estate will report to EPA, with a copy to IEPA, a brief activity summary and material shipments for the prior month and totals to date, along with copies of sale contracts and all manifests for the prior month.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Reporting**

In accordance with the Consent Decree, Paradigm will submit to the Agencies, pursuant to the schedule below, written progress reports that among other requirements:

- Include a summary of all results of sampling and tests and all other data received or generated by or on behalf of the Trustee or Paradigm, and Paradigm's contractors, or agents in the previous reporting period;

- Identify all Work Plans, plans and other deliverables that were completed and submitted during the previous reporting period;

- Describe all actions, including, but not limited to, data collection and implementation of all Work Plans, which are scheduled for the next reporting period and provide other information relating to the progress of construction;

- Any actual or anticipated increases to the quantity of recycled metal bearing material and/or waste collected during the work which may change the quantity used to calculate the amount of the initial financial assurance;

- Include information regarding percentage of completion, unresolved delays encountered or anticipated that may affect the future schedule for implementation of the work, and a description of efforts made to mitigate those delays or anticipated delays; and

- Include any modifications to the Work Plans or other schedules that Paradigm has proposed to EPA or that have been approved by EPA.

Upon approval of this work plan, Paradigm will submit reports on a quarterly basis.  Paradigm will submit these reports to the Agencies by the tenth day of the new reporting period.

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**HEALTH & SAFETY**

All work will be performed in accordance with the approved Bulk UMBM Work Plan and in compliance with applicable and appropriate worker health and safety requirements.

**Hazards –** Bulk UMBM products contains hazardous levels of non-ferrous metals and inorganic metal compounds, such as lead. When dry, Bulk UMBM can be dusty. Work around moving equipment is a safety hazard.

**Compliance -** Workers in contact with Bulk UMBM on Site will comply with OSHA regulations for exposure to lead and cadmium. Affected workers will also secure 40-hr HAZWOPER training certification and will participate in medical surveillance monitoring for lead and cadmium exposure.

**Personal Protective Equipment (PPE)** - Personal protective equipment (PPE) will be used throughout the various areas of operation. At a minimum, all persons wanting to gain access to the various areas of operation will be required to wear hard hats, safety glasses or alternate eye protection, and work boots or shoes with toe protection or similar protective foot wear. Personnel performing work in the various areas of operation may be required to use additional PPE appropriate to the task and conditions present. It is expected that PPE best described as level C will be required. This may include the previously mentioned hard hats, safety glasses or alternate eye protection, long sleeve shirts and long pants, work boots or shoes with toe protection or similar protective foot wear, and as appropriate, gloves, paper suits and cartridge respirators. There may be some exceptions to these PPE requirements, such as equipment operators working within enclosed cabs or persons performing inspection related activities with very limited exposure potential.

**Security-** 24-hr security monitoring of the Site is provided by Estate personnel on work days, Monday through Friday, and the use of the Estate's 24-hr security camera monitoring system. All work will be conducted during daylight hours, Monday through Friday, or when Estate personnel are present for specially scheduled work on the weekends or holidays.

**Storm Water Management-** the Trustee and Paradigm shall ensure that operations under this Work Plan comply with the Estate's current Storm Water Management Plan and the Facility's NPDES permit (number IL0025747). The Trustee and Paradigm shall evaluate access and egress points to the Site that contain areas of operation and as a result of this evaluation, construct or install, as appropriate small partitions and ramps to contain materials resulting from decontamination efforts, and to prevent the migration and intrusion of storm water that may contain MBM. During transition, sand bags, gravel bags, temporary berms, and other devices shall be placed at access and egress points.

**Closure-** Upon completion of all work, the Trustee and Paradigm shall issue a Closure Report for this Bulk UMBM Work Plan with documentation on all shipments off-site, including sales of Bulk UMBM.

**APPENDIX**

Confidential Business Information of Paradigm Minerals & Environmental Services
Exempt from Disclosure via 40CFR Part2, 5USC552(b)(4); 5ILCS140/7(g)--Notify Paradigm Before Releasing this Document

**Appendix A**

# Examples of Materials Image



15

# Bulk TMBM Sample Images

## Appendix A










Bulk UMBM Sample Images

 

 

 



# UMBM Areas of Operation

## Points of Reference

1. Fines Building
2. Zinc Bunker
3. Crushing Building
4. Domed & Dis Building
5. Foundry
6. Tank House
7. Brick House
8. Maintenance Building
9. Administrative
10. Administrative
11. Receving Building
12. Scales

**1 – 15** Bulk UMBM Sample Locations

Internal Access Routes

External Access Routes

Raw M.B.M. Location

18

Appendix B

# Bulk UMBM Sample Locator Map



**CERTIFICATE OF ASSAY**

Appendix B

# Alfred H Knight

| REFERENCE | DATE | PAGE |
|---|---|---|
| S/20664 | 17-Dec-2012 | 1 of 1 |

| CLIENT | MARKS | ADVISED SHIPMENT WEIGHT |
|---|---|---|
| CALIFORNIA METALS AND ALLOYS CORP. 3083 SCHOLARSHIP IRVINE, CA 92612 USA | | |

| | PACKING |
|---|---|
| | PILES |

| | SEALS |
|---|---|
| | AHK |

| CLIENT REFERENCE | MATERIAL DESCRIBED AS |
|---|---|
| | SCULLS / SLAGS |

| ASSAY STATE | |
|---|---|
| DRY BASIS | |

| SAMPLING DATE | ASSAY TYPE | VESSEL |
|---|---|---|
| 15-Nov-2012 to 16-Nov-2012 | PARTY ANALYSIS | |

```
LOT NUMBER  ................................         LOT 1

Silver          (Ag)      g/MT            *
Gold            (Au)      g/MT            *
Copper          (Cu)        %           6.56
Tin             (Sn)        %           4.13
Lead            (Pb)        %           3.82
Aluminum        (Al)        %           2.53
Nickel          (Ni)        %           1.38
Palladium       (Pd)        %            *
Platinum        (Pt)        %            *
Zinc            (Zn)        %           6.15
-----------------------------------------------------------
```

Paul Ritson
General Manager
For and on behalf of Alfred H Knight North America Ltd.

**Alfred H Knight North America Ltd.**
130 Tradd Street (29301), P.O.Box 3504, Spartanburg, South Carolina 29304-3504
Tel: 864 595 1903 Fax: 864 595 1627 Email: ahk.america@ahkgroup.com
ALL WORK IS UNDERTAKEN SUBJECT TO OUR STANDARD TRADING TERMS AND CONDITIONS OF BUSINESS

20

Appendix B

**ST. LOUIS Testing Laboratories**
INCORPORATED
Founded 1929

2810 Clark Avenue • St. Louis, MO 63103-2574 • (314) 531-8080 • FAX (314) 531-8085
*Chemical, Metallurgical, Mechanical, Nondestructive, Environmental Testing, Analyses and Field Service.*

**PARADIGM MINERALS & ENVIRONMENTAL SERVICES**
3754 Chemetco Lane
Hartford, IL 62048

December 13, 2012
Lab No. 12C-2447
Invoice No. 159488
Page 1 of 2
(Revised Report 1/17/13)

**Attention: Elliot Stegin**

**REPORT OF ANALYSIS**

| MATERIAL: | Skull #1 | Skull #2 | Skull #3 | Skull #4 |
|---|---|---|---|---|
| | Skull #5 | Skull #6 | | |

**SUBJECT:**          Compositional Analysis by XRF

**TEST METHOD:**      ASTM E572

**UNITS:**            Percent by Weight (%)

**RESULTS:**

| ANALYTE | Skull #1 | Skull #2 | Skull #3 | Skull #4 | Skull #5 | Skull #6 |
|---|---|---|---|---|---|---|
| Titanium | <0.30% | <0.30% | <0.30% | <0.30% | <0.30% | <0.30% |
| Chromium | 1.41% | 0.18% | 0.20% | 0.25% | 1.53% | 0.81% |
| Manganese | 0.49% | 0.33% | 0.22% | 0.49% | 0.47% | 0.34% |
| Iron | 46.02% | 45.56% | 38.54% | 70.08% | 77.11% | 62.73% |
| Cobalt | 0.64% | 0.70% | 0.66% | 0.95% | 1.05% | 0.87% |
| Nickel | 0.20% | <0.04% | 3.79% | <0.04% | <0.04% | <0.04% |
| Copper | 1.39% | 0.24% | 15.88% | 1.45% | 3.14% | 5.02% |
| Zinc | 10.55% | 8.53% | 5.77% | 12.51% | 6.26% | 9.95% |
| Arsenic | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Selenium | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Bromine | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Strontium | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% |
| Zirconium | 0.09% | 0.04% | 0.02% | 0.03% | 0.04% | 0.03% |
| Molybdenum | 0.02% | 0.01% | 0.02% | 0.02% | 0.04% | 0.02% |
| Palladium | <0.07% | <0.07% | <0.07% | <0.07% | <0.07% | <0.07% |
| Silver | <0.02% | <0.02% | <0.02% | <0.02% | <0.02% | <0.02% |
| Cadmium | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Tin | 2.35% | 1.32% | 7.75% | 1.05% | 1.58% | 1.51% |
| Antimony | <0.02% | <0.02% | <0.02% | <0.02% | 0.05% | <0.02% |
| Barium | <1% | <1% | <1% | <1% | <1% | <1% |
| Platinum | <0.07% | <0.07% | <0.07% | <0.07% | <0.07% | <0.07% |
| Gold | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Mercury | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Lead | 1.06% | 0.98% | 1.69% | 0.32% | 0.81% | 1.27% |
| Bismuth | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |

Note: These analyses should be considered semi-quantitative. XRF values can be skewed because light elements are not detected or included in the quantification. This can result in high values being reported for heavier elements (such as iron and zinc).

Identification of tested specimens provided by the client.

RES/bb

Robin E. Sinn
Laboratory Director



AN OFFICIAL COPY OF TEST REPORT WILL BE PROVIDED BY THIS LABORATORY ON REQUEST.
NOT OFFICIAL WITHOUT THE RAISED SEAL OF ST. LOUIS TESTING LABORATORIES, INC.
SEE REVERSE FOR CONDITIONS.



## St. Louis Testing Laboratories
### INCORPORATED
Founded 1929

2810 Clark Avenue • St. Louis, MO 63103-2574 • (314) 531-8080 • FAX (314) 531-8085
*Chemical, Metallurgical, Mechanical, Nondestructive, Environmental Testing, Analyses and Field Service.*

**PARADIGM MINERALS & ENVIRONMENTAL SERVICES**
3754 Chemetco Lane
Hartford, IL 62048

December 13, 2012
Lab No. 12C-2447
Invoice No. 159488
Page 2 of 2
(Revised Report 1/17/13)

**Attention: Elliot Stegin**

### REPORT OF ANALYSIS

**MATERIAL:**  Skull #7          Skull #8          Skull #9          Skull #10
Skull #11          Skull #12

**SUBJECT:**          Compositional Analysis by XRF

**TEST METHOD:**          ASTM E572

**UNITS:**          Percent by Weight (%)

**RESULTS:**

| ANALYTE | Skull #7 | Skull #8 | Skull #9 | Skull #10 | Skull #11 | Skull #12 |
|---|---|---|---|---|---|---|
| Titanium | <0.30% | <0.30% | <0.30% | <0.30% | <0.30% | <0.30% |
| Chromium | 0.24% | 1.20% | <0.04% | 0.52% | 0.71% | 1.10% |
| Manganese | 0.38% | 0.52% | 0.12% | 0.77% | 0.46% | 0.22% |
| Iron | 61.07% | 56.05% | 18.06% | 43.42% | 40.44% | 46.03% |
| Cobalt | 0.91% | 0.73% | 0.36% | 0.52% | 0.65% | 0.80% |
| Nickel | <0.04% | 0.04% | 12.66% | 0.61% | 0.09% | 0.13% |
| Copper | 2.14% | 1.46% | 25.93% | 8.79% | 2.34% | 3.89% |
| Zinc | 7.76% | 15.22% | 4.91% | 16.45% | 10.58% | 7.85% |
| Arsenic | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Selenium | <0.01% | <0.01% | 0.01% | 0.02% | 0.01% | 0.00% |
| Bromine | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Strontium | 0.02% | 0.07% | <0.004% | 0.02% | 0.02% | 0.00% |
| Zirconium | 0.02% | 0.04% | 0.01% | 0.06% | 0.05% | 0.02% |
| Molybdenum | 0.01% | 0.06% | <0.01% | 0.02% | 0.03% | 0.00% |
| Palladium | <0.07% | <0.07% | <0.06% | <0.07% | <0.07% | <0.07% |
| Silver | <0.02% | <0.02% | <0.02% | <0.02% | <0.02% | <0.02% |
| Cadmium | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Tin | 0.65% | 0.69% | 17.53% | 4.77% | 0.92% | 1.22% |
| Antimony | <0.02% | <0.02% | <0.02% | 0.06% | 0.02% | 0.04% |
| Barium | <1% | 2.27% | <1% | <1% | <1% | <1% |
| Platinum | <0.07% | <0.07% | <0.07% | <0.07% | <0.07% | <0.07% |
| Gold | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Mercury | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |
| Lead | 0.48% | 0.57% | 3.77% | 3.00% | 0.66% | 0.96% |
| Bismuth | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% | <0.01% |

Note: These analyses should be considered semi-quantitative. XRF values can be skewed because light elements are not detected or included in the quantification. This can result in high values being reported for heavier elements (such as iron and zinc).

Identification of tested specimens provided by the client.

Robin E. Sinn
Laboratory Director

RES/bb



AN OFFICIAL COPY OF TEST REPORT WILL BE PROVIDED BY THIS LABORATORY ON REQUEST. NOT OFFICIAL WITHOUT THE RAISED SEAL OF ST. LOUIS TESTING LABORATORIES, INC. SEE REVERSE FOR CONDITIONS.



APPENDIX C

| PROPOSED TESTING PROTOCOLS | | |
|---|---|---|
| **MATERIAL** | **PURPOSE OF ANALYSIS** | **PROPOSED ANALYTICAL METHOD(S)** |
| Deleterious Non-METAL BEARING MATERIALS Screening Debris | Profiling and characterization as a part of waste management activities for appropriate disposal | SW 846-1311 and USEPA Method 6010C |
| Material Process Water | QA/QC testing to evaluate and optimize process operations. Profiling and characterization as a part of waste management activities for appropriate disposal | In house testing, SW 846-1311 and USEPA Method 6010C |
| METAL BEARING MATERIALS Feed Stocks | QA/QC testing to evaluate and optimize process operations. Profiling and characterization as a part of waste management activities for appropriate disposal | In house testing, SW 846-1311 and USEPA Method 6010C |
| Commodity Products | QA/QC testing to evaluate and optimize process operations and conformance to product specifications.  Profiling and characterization as a part of waste management activities for appropriate disposal | In-house testing and that required by client, SW 846-1311 and USEPA Method 6010C |
| Other Waste Materials | Profiling and characterization as a part of waste management activities for appropriate disposal | SW 846-1311 and USEPA Method 6010C |

23

APPENDIX D

## POTENTIALLY APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS

| Subject | Requirement | Federal or State Regulatory Standards | Description | Potentials to be Evaluated or ARAR(s) | Evaluation |
|---|---|---|---|---|---|
| Concrete Debris | Concrete debris will be tested to determine if it has potential or application as clean fill material | 35 IAC Section 742 Table F | Requirement for concrete debris that will be considered for reuse onsite must meet the Tiered Approach Corrective Action Objectives Tier 1 Industrial/commercial Standard for Soil. | ARAR | Applicable to concrete debris that may be found commingled with METAL BEARING MATERIALS, or that may have resulted from demolition activities, or during construction activities. |
| Universal Waste | Identification of material that could be classified and/or managed as Universal Waste | 40 CFR 273 Subpart B

IAC 733 Subpart B | Requirement to determine at the point of generation whether this waste can be managed as universal waste under the standards cited and that apply to small quantity generators of universal waste (handler that has less than 11,000 pounds of total universal waste onsite at any one time). | ARAR for batteries, mercury containing equipment, lamps, paints various light bulbs, air conditioning units. Small quantity generators are allowed to: (1) accumulate waste 1 year from the date the waste was generated; (2) waste will be stored to prevent releases to the | Applicable to debris that may be found commingled with METAL BEARING MATERIALS, or that may have resulted from demolition activities, or during construction activities. |

| | | | | environment; (3) waste will be managed in containers appropriately labeled or marked | |
|---|---|---|---|---|---|
| Special Waste | Identification of material that could be classified and/or managed as Special Waste | IAC 808.121 (a)

IAC 808.240 | Requirement to determine if a material is a Special Waste, classify or declassify the waste, to manage waste to be disposed of offsite in a manner to prevent releases to the environment.  If classified as a Special Waste onsite management and disposal according to requirements. | ARAR for waste not sold or to be recycled. Includes glass, clay, concrete products, and metallic dust sweepings for offsite disposal. If necessary IAC 808 Subparts C, D, E, F G and H will be complied with after determination by IEPA and identification and classification has occurred. | Applicable to debris that may be found commingled with METAL BEARING MATERIALS, or that may have resulted from demolition activities, or during construction activities. |
| Dust Emissions | Prevention of particulate emissions from METAL BEARING MATERIALS, and related process activities | Department of Labor (OSHA) Standards 29 CFR 1910

OSHA Standards 29 CFR 1910 subpart Z | Requirements for worker safety and health.  General Industry standards for workplace exposure to chemicals, training requirements, and occupational exposure levels for specific chemicals and compounds. | ARAR (s) | OSHA standards are applicable by articles of incorporation to hazardous waste sites. |
| Electronic Waste (computer system components, circuit | Remove Electronic Wastes from METAL BEARING MATERIALS | 40 CFR 261.4 (b) (14) | The Electronic Wastes as described that are found in METAL BEARING MATERIALS piles and other areas associated with | ARAR for circuit boards and computer monitors. | Applicable to circuit board debris and in-tact monitors. |

| boards, et al) | piles and other areas associated plant process areas and or the construction of associated process areas | | construction and process areas will be removed from the pile or area and sent off for shredding and recycling.  Circuit boards are exempt from regulation if handled as described. | | |
|---|---|---|---|---|---|
| Recycled Products | A material is considered recycled if it is used, reused or reclaimed 40 CFR 261.1(c)(7).<br><br>A material is considered reclaimed if it is processed to recover a useable product.  40 CFR 261.2 (c) designates as solid wastes, materials that are recycled in a particular manner in reclamation. | 40 CFR 261.1(c)(7) and 261.2 (c)<br><br>35 IAC 721.102 and 726 Subpart C | Materials approved for sale as Products are not solid waste | ARAR for METAL BEARING MATERIALS that will be moved and staged while waiting on-site reprocessing. | Applicable to METAL BEARING MATERIALS moved and staged as a part of processing activities. |
| Hazardous waste generation and shipment to an off-site treatment, storage and/or disposal (TSD) | determining whether generated waste is a Resource Conservation Recovery Act (RCRA) hazardous | 40 CFR 262.11/<br><br>35 IAC 722.111 | Requirement to determine at the point of generation whether waste is a RCRA hazardous waste | ARAR for debris: concrete, cardboard, cardboard; paper; wood; plastic containers, piping, and sheeting; personal | Applicable to debris and waste materials that are generated as a result of the Paradigm Process or sale of Packaged |

| facility | waste | | | protective equipment (PPE)' fiberglass siding, and dry wall and soapy decontamination water (if hazardous), refractory brick that is not reused | Product |
|---|---|---|---|---|---|
| Hazardous waste generation and shipment to an off-site treatment, storage and/or disposal (TSD) facility | Identification of RCRA hazardous waste | 40 CFR 261.2-.9,<br><br>40 CFR Part 261<br><br>Subpart B (waste characteristics)/<br><br>35 IAC 721<br><br>Subpart B | Requirement for determining if a material is a RCRA solid waste and RCRA hazardous waste, and not excluded from RCRA regulation | ARAR for debris: concrete, cardboard; paper; wood; plastic containers, piping, and sheeting; PPE; fiberglass siding, and dry wall and soapy decontamination water (if hazardous), refractory brick that is not reused. | Applicable to debris and waste materials that are generated as a result of the Paradigm Process or sale of Packaged Product. |
| Hazardous waste generation and shipment to an off-site treatment, storage and/or disposal (TSD) facility | Labeling and packaging of RCRA hazardous wastes that will be sent off-site | 40 CFR 262.30-.33/<br><br>35 IAC 722<br><br>Subparts C, E, and H | Requirement for RCRA hazardous wastes to be sent offsite to a TSD facility must be properly packaged, labeled and placarded | ARAR for debris: concrete, cardboard; paper; wood; plastic containers, piping, and sheeting; PPE; fiberglass siding, and dry wall and soapy decontamination water (if hazardous), refractory brick that is not | Applicable to debris and waste materials that are generated as a result of the Paradigm Process or sale of Packaged Product. |

| | | | | | reused. | |
|---|---|---|---|---|---|---|
| Hazardous Materials, including Hazardous Waste, transported off-site | These regulation establish the procedures for identifying, classifying, packaging, labeling, and transporting United States Department of Transportation (USDOT) Hazardous Materials, including Hazardous Wastes, that will be transported off-site | 49 CFR 171-179/ <br><br> 35 IAC 721 and 723 <br><br> 49 CFR 107, 171.1-500 | Requirement for determining a substance is USDOT Hazardous Material, including Hazardous Waste, to be transported off site. | ARAR for packaging, labeling, documenting, loading, and transporting USDOT Hazardous Materials, which includes Hazardous Wastes | Applicable to Process Waste or Product containing lead and cadmium levels that trigger USDOT Hazardous Materials classification being transported off-site for recycling and any Hazardous Wastes being transported off site. |
| Closure and post-closure standards for hazardous waste management units | General RCRA performance standard for hazardous waste management unit closures | 40 CFR 265.111 <br><br> 40 CFR 265.114/ <br><br> 35 IAC 724 | Requirements for management units that handle RCRA hazardous waste must be closed and receive post-closure care to minimize the need for further maintenance and to control, minimize or eliminate later escape of hazardous constituents to the extent necessary to protect human health and the environment. In addition, equipment, structures, and soil that become contaminated from contact with | ARAR for the Brick Shop Container Storage Area and the AAF Decontamination Area and Sump | Applicable to any storage, treatment or disposal units that would be used to manage waste materials excavated or otherwise generated. |

| | | | hazardous waste must be properly disposed of or contaminated. | | |
|---|---|---|---|---|---|
| Container Management | General RCRA requirements for managing containers used to store materials | 40 CFR 265 Subpart 1<br><br>35 IAC 725 Subpart 1 | Requirement for the design and management standards for hazardous waste containers | ARAR for the containerization of the residual liquids or pre-existing containerized material within the Foundry Building and Tank House | Applicable for any hazardous waste that will be containerized |
| Occupation exposures to on-site workers | Required prior to working at a hazardous waste site | Occupational Safety and Health Administration (OSHA), 29 CR 1910. 651-678 | Requirements that regulate worker health and safety. Sets general industry standards for workplace exposure to chemicals, and sets health and safety training requirements for workers at hazardous waste sites. | ARAR | OSHA standards are independently applicable to hazardous waste sites |
| Occupational exposures to on-site workers | Required prior to working at a hazardous waste site | 29 CFR Part 1910, Subpart Z | Establishes occupation exposure levels for specific contaminants | ARAR | OSHA standards are independently applicable to hazardous waste sites |
| Spent Hydraulic Fluids | Determining whether generated waste is a RCRA hazardous waste | 40 CFR 262.11/<br><br>35 IAC 722.111 | Requirement to determine at the point of generation whether waste is a RCRA hazardous waste | ARAR | Applicable to debris and waste materials that are generated as part of demolition activities |
| Spent | Identification | 40 CFR 261.2-.9 | Requirement for | ARAR | Applicable to |

| Hydraulic Fluids | of RCRA hazardous waste | 40 CFR Part 261 Subparts B<br><br>(waste characteristics)<br><br><br>35 IAC 721 Subpart B | determining if a material is a RCRA solid waste and RCRA hazardous waste, and not excluded from RCRA regulation. | | debris and waste materials that are generated as part of demolition activities. |
|---|---|---|---|---|---|
| Spent Hydraulic Fluids | Labeling and packaging of RCRA hazardous wastes that will be sent off-site | 40 CFR 262.30-.33 | RCRA hazardous wastes to be sent offsite to a TSD facility must be properly packaged, labeled and placarded | ARAR | Applicable to debris and waste materials that are generated as part of demolition activities. |
| Used Oil Standards | Standards for used oil generators | 40 CFT 279 Subpart C<br><br>IAC 739 Sub Part C | Standards for used oil generators | ARAR | Applicable to material that can be classified as "Used Oil". |

## PROCESS WORK PLAN APPENDIX E

### PROCESS WASTE HANDLING PROTOCOL

| MATERIAL BY CATEGORY | GENERAL COMPOSITION/ DESCRIPTION OF MATERIALS | DECONTAMINATION METHODS | ANALYSIS PARAMETERS | PROPOSED SAMPLING AND ANALYTICAL METHODS | SAMPLING FREQUENCY | PROPOSED RECYCLE METHODOLOGY | SHIPPING METHODS | RECEIVING FACILITY |
|---|---|---|---|---|---|---|---|---|
| Building Materials and Debris | wood framing materials, drywall, building siding, roof material, debris remaining after demolition activities or resulting from building improvements and similar products | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing; or<br><br>wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic | mixed material collection; or<br><br>source segregation; or<br><br>on site processing, after characterization some materials may be found suitable for re-use | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices;<br><br>Off-site, transport by roll off boxes, tank or tanker, or if appropriate, haul trucks. | ship off-site to an appropriate solid waste facility<br><br>ship fluids to an appropriate treatment facility |

C072168/0310694/3927705.1

| | | | | | yards for similar profiled waste streams. | | | |
|---|---|---|---|---|---|---|---|---|
| Concrete | rubble and debris, cinder block, and similar related products | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing; or<br><br>wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste | source segregation; or<br><br>on-site processing, METAL BEARING MATERIALS processing equipment will be capable of rendering this type of material suitable for use in on-site clean-fill applications | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | Rubble that meets the requirements of the Tier 1 Approach Corrective Action Objectives (Ill. Adm. Code 742) may be re-used on-Site.<br><br>rubble that does not meet the requirements of the standard or is not intended to be re-used will be shipped off-Site to a solid waste landfill |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | streams. | | | |
| Dust | resulting from the movement of METAL BEARING MATERIALS, screening, sizing and grading operations, dry or wet decontamination general clean-up and housekeeping activities | not applicable, solids entered into METAL BEARING MATERIALS process system as appropriate | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers; or<br><br>On site processing for use as a potential feed stock or potential 'as-is' material sales. | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices | not applicable |
| Electronics | computer monitors, circuit | not applicable | Total Metals | SW 846-1311 EPA | Once to characterize | mixed material | on-site, movement | after characterization, |

C072168/0310694/3927705.1

| | boards, peripherals, and chipped and/or shredded parts of same and similar products | | | Method 6010 C, ICPAES-MS Total Metals | the waste profile for each individual waste stream. One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | collection; or source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | by manual and powered equipment, using appropriate transfer containers and devices Off-site, transport by roll off boxes, conex, or if appropriate, haul trucks. | ship off-site to a recycling process facility; material that does not meet the requirements of the standard will be shipped off-site to a solid waste landfill |
|---|---|---|---|---|---|---|---|---|
| Oil and Related Products | resulting from service and maintenance of fuel powered and rotating processing | may need to drain filters | Semi-Volatile, Volatiles, BTEX, pH | SW 846-1311 EPA Method 6010 C, ICPAES-MS | Once to characterize the waste profile for each individual | mixed material collection; or source | on-site, movement by manual and powered equipment, | after characterization, ship off-site to a recycling process facility |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | equipment, fluids and filters, et al | | | Total Metals | waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | using appropriate transfer containers and devices;<br><br>Off-site, transport by drum, tank or tanker trucks. | |
| Paper | sheet paper, books, magazines, cardboard, boxes, shipping/receiving materials, general cleaning and housekeeping and similar products | not applicable | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of | on-site, movement by manual and powered equipment, using appropriate transfer containers | after characterization, recycling process facility;<br><br>material that does not meet the |

C072168/0310694/3927705.1

| | | | | | per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | like materials to be consolidated into roll-off bins or other appropriate transport containers | and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | requirements of the standard or is not intended to be re-used will be shipped off-site to a solid waste landfill |
|---|---|---|---|---|---|---|---|---|
| Personal Protective Equipment | gloves, safety glasses, boots, paper suits ear plugs, respirators and associated cartridge filters (et al) and similar products | not applicable | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by | after characterization, will be shipped off-site to a solid waste landfill |

36

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | appropriate transport containers | roll off boxes, or if appropriate, haul trucks. | |
| Plastic | pipe cutting and tailings, vessels, shipping and packaging materials, bags and flexible containers, barrels, drums, totes, scrap rubber, fiberglass panels and similar materials | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing; or<br><br>wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by drums, barrel, appropriate container, | after characterization, recycling process facility;<br><br>material that does not meet the requirements of the standard or is not intended to be re-used will be shipped off-site to a solid waste landfill |

37

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | | roll off boxes, or if appropriate, haul trucks. | |
| Process Water | | | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every | | | |

C072168/0310694/3927705.1

| | | | | | 200 cubic yards for similar profiled waste streams. | | | |
|---|---|---|---|---|---|---|---|---|
| Scrap Metal | of various compositions; angle iron, channel, plate, piping and conduit, wiring, equipment and equipment parts, rebar, structural components, debris remaining after demolition activities or resulting from building improvements, general cleaning and housekeeping, and similar products | may not apply; or  dry or gross de-contamination such as broom sweeping or brushing; or  wet methods high pressure washer and requires liquids collection | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.  One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled | mixed material collection; or  source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices  Off-site, transport by roll off boxes, or if appropriate, haul trucks. | metal recycling facility |

| | | | | | waste streams. | | | |
|---|---|---|---|---|---|---|---|---|
| Shipping and Receiving Materials | plastic and metal banding, pallets, bags, drums, totes, liners | may not apply; or<br><br>dry or gross de-contamination such as broom sweeping or brushing | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.<br><br>One sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | mixed material collection; or<br><br>source segregation, satellite locations for accumulation of like materials to be consolidated into roll-off bins or other appropriate transport containers | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices<br><br>Off-site, transport by roll off boxes, or if appropriate, haul trucks. | ship off-site to an appropriate solid waste facility |

40

| Wood | broken and scrap lumber, pallets, plywood, dimensional lumber, dunage and similarly related products | may not apply; or

dry or gross de-contamination such as broom sweeping or brushing | Total Metals | SW 846-1311 EPA Method 6010 C, ICPAES-MS Total Metals | Once to characterize the waste profile for each individual waste stream.

Then one sample per 50 cubic yards of waste for the first 5 times that 50 Cubic yards of similar waste are accumulated. After that one sample per every 200 cubic yards for similar profiled waste streams. | mixed material collection;

source segregation;


on site processing, after characterization some materials may be found suitable for re-use | on-site, movement by manual and powered equipment, using appropriate transfer containers and devices

Off-site, transport by roll off boxes, or if appropriate, haul trucks. | ship off-site to an appropriate solid waste facility |

41

C072168/0310694/3927705.1

*Waste streams will be tested until a waste profile is established using appropriate methodology noted in Table above and or in accordance with receiving facility requirements or profile testing methods that have been established by ongoing Chemetco Bankruptcy Estate operations.

* 90-Day rule is relevant for all waste generated.

42

# Estate of Chemetco, Inc.
## Decontamination Procedure
January 29, 2008

**Appendix F**

### STANDARD FOR DECONTAMINATION
(Definition of clean debris surface as per 40 CFR §268.45)

**'Clean debris surface' means the surface, when viewed without magnification should be free of all visible contamination and hazardous waste except that residual staining consisting of light shadows, slight streaks, or minor discolorations, and contamination in cracks, crevices, and pits may be present provided that such staining and contamination in cracks, crevices and pits should be limited to not more than 5% of each square inch of surface area.**

1. **General**

    All visible scrubber sludge, slag, and other debris associated with the Chemetco site will be removed from the equipment in question on all exterior and interior surfaces, including inside cabs and engine compartments. All liquids and solids generated by the decontamination procedure will be handled as suspect hazardous waste in compliance with RCRA in satellite accumulation drums in the Brick Shop labeled as "Decon Waste Water" and "Decon Waste Solids."

2. **Containment**

    a. A containment pad will be constructed on an even concrete covered area of the site using at least two layers of 6 mil plastic sheeting, one layer of 10 mil plastic sheeting or better with at least 4" berms on all sides constructed using flexible drain pipe wrapped in plastic with sandbags on top to stabilize and with 4' of spacing around the equipment.

    b. A sump or low area will be created inside the containment to facilitate collection of waste waters and solids.

    c. To prevent puncturing the plastic, wood boards, plywood or other suitable material will be placed on top of the sheeting.

3. **Decontamination of Materials and Equipment**

    a. Gross and hard to remove contaminants will be removed by mechanical action (shovels, brushes, etc.)

    b. A pressure washer (less than 3000 psi) using well water will be used to remove any remaining contaminants.

4. **Collection of Decon Wastes/Hazardous Materials**

    a. Before the decontaminated materials or equipment are removed from the containment pad, all waste waters and solids will be collected from the surface of the containment area using mechanical action and/or a sump pump or wet/dry vacuum.

    b. Once the decontaminated materials or equipment are removed from the containment area, the pad will be decontaminated with a pressure washer and the waste water collected with a sump pump or wet/dry vacuum.

    c. Waste Waters will be placed in the satellite accumulation drum labeled "Decon Waste Water" and the volume documented as stated on the attached Decon Waste Water Inventory Sheet.

# Estate of Chemetco, Inc.
## Decontamination Procedure
January 29, 2008

    d. Waste Solids will be placed in the satellite accumulation drum labeled "Decon Waste Solids" and the volume documented as stated on the attached Decon Waste Solids Inventory Sheet.

    e. The waste drums will be sealed and returned to the Hazardous Storage Area in accordance with the instructions on the inventory sheets (full drums will be labeled and managed as hazardous waste until waste determinations and disposition are completed).

**5. Documentation of Decontamination**

Upon completion of the above actions, the lead person performing the decontamination will record evidence of this on the attached Decontamination Inspection Sheet, which will be filed by the EH&S Manager.

**6. Inspection of Containment Pad**

Prior to use of the containment pad for the next decontamination, the pad will be inspected to ensure that there are no punctures or other indications of failure of the intergrity, if so, it will be repaired or replaced.  Used plastic sheeting will be disposed of as suspect hazardous waste.

**7. Personal Protection Equipment (PPE)**

    a. All personnel conducting the decontamination of the equipment and the handling of suspect hazardous waste will be required to wear the following PPE:

- Hard hat with face shield
- Safety Glasses
- Water resistant boots or goulashes
- Rubber gloves
- Water resistant apron or tyveks
- Half-face respirator, if fugitive dust is present

    b. PPE will be decontaminated or disposed of as suspect hazardous waste.

**8. Health and Safety**

All personnel conducting the decontamination of the equipment and the handling of hazardous wastes are required to:

    a. Have current OSHA Hazwoper Certification (29 CFR 1910.120),

    b. Comply with OSHA Standard for Lead Worker (29 CFR 1910.1025), and

    c. Comply with OSHA Standard for Cadmium Worker (29CFR 1910.1027)